_____ FILED          _____ ENTERED
_____ LODGED      _____ RECEIVED

OCT 18 2013      PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

C13-1880 JLR

In Re: Douglas Vogt



_____/

**13-CV-01880-CMP**

**Notice of Commission of (i) a Felony Cognizable by a Court of the United States as required by 18 U.S.C. §4 — Misprision of Felony and (ii) Treason against the United States as required by 18 U.S.C. §2382 — Misprision of Treason and Motion to Seal Document**

COMES NOW Douglas Vogt: (i) pursuant to the obligations placed upon him by 18 U.S.C. §4 and 18 U.S.C. §2382, upon both his Public and Sealed Affidavits attached hereto, and gives the requisite notice of the commission of felonies and/or treason by the following described persons cognizable by a Court of the United States and (ii) pursuant to Local Rule 5(g), moves the Court for an order sealing his attached envelope containing his Sealed Affidavit marked with the case caption and the phrase "FILED UNDER SEAL", and states as follows:

**I.      Misprision of Felony**

In sum, the attached Publicly Affidavit of Douglas Vogt demonstrates that forensic evidence establishes beyond a reasonable doubt that the two Certificates of Live Birth ("hereinafter COLBs) which Barack Hussein Obama, II has publicly released to establish his

1

Constitutional-eligibility to be President of these United States are indisputable forgeries.

Moreover, upon the accompanying Sealed Affidavit of Douglas Vogt, the identity of the person who actually forged the COLBs and of the identities of those who assisted in the perpetuation of this most significant fraud upon the People of the United States, is clearly detailed and warrants the immediate referral of this matter to a specially-impaneled federal grand jury assisted by an independent in-every-sense-of-the-word prosecutor to investigate the allegations as only a Federal Grand Jury can.

In particular, the Public Affidavit of Douglas Vogt shows: (i) the expert witness status of Douglas Vogt to opine upon the forensic evidence of Obama's COLBs, (ii) the province of those COLBs and (iii) **twenty (20) points of forgery** of the COLBs which, singularly and collectively, establish that Obama's COLBs are forgeries. In particular to the last point, those twenty **(20)** points of forgery are as follows:

1. The first proof of forgery is a forged Registrar's stamp on the Obama Certification of Live Birth (the short form or abstract) created on or before June 12, 2008;

2. The second proof of forgery is the fact that the registration date on the COLB cannot be August 8, 1961 but must be August 11, 1961;

3. The third point of forgery is the Birth Certificate number on the COLB is out of sequence for a registration date of August 8, 1961;

4. The forth point of forgery is that there was <u>no</u> evidence of an embossed Hawaiian Department of Health (DOH) seal on the COLB and that NBC journalist Savannah Guthrie publicly misrepresented that fact to advance her carrier;

5. The fifth point of forgery is that the size of the COLB is wrong if it was truly a photocopy of the original;

6. The sixth point of forgery on the COLB is that the age of Barack Hussein Obama,

Senior was wrong;

7. The seventh point of forgery is that the typewriter type appearance on the COLB, with holes and notches in the letters, is not what it should look like if it was a copy of a copy of an original;

8. The eighth point of forgery is the "white halo" surrounding the text on the COLBs not caused by the copier but caused by unsharp mask, a feature in Adobe Photoshop and evidence of computer manipulation;

9. The ninth point of forgery is the 150 dpi of the background color of the PDF version of the COLB where as the other layers on the PDF were 200 and 300 dpi. This is evidence of computer manipulation.

10. The tenth point of forgery is the inconsistent line spacing on the COLB which a manual typewriter would not do;

11. The eleventh point of forgery is the inconsistencies of the left-hand margins on the COLB. I compared Obama's COLB to twelve (12) legitimate COLBs acquired from Hawaii none of them illustrated the same random left-hand margins;

12. The twelfth point of forgery is lower case letters found above the baseline — an impossibility on a manual typewriter;

13. The thirteenth point of forgery is that the word spacing on the COLB does not fit a six point grid across the entire length of the form line;

14. The fourteenth point of forgery is the inconsistent placement of the punctuation (commas) which should be in the exact same place all the time;

15. The fifteenth point of forgery is the "kerning" on the COLB is impossible to obtain with a manual typewriter;

16. The sixteenth point of forgery is that the "letter spacing" throughout the COLB is

3

demonstrably the result of a cut and past job except for some very common words that were lifted from other COLBs;

17. The seventeenth point of forgery is that there are sixteen (16) different typewriter fonts or size differences on the COLB which is impossible if the Hospital used only one typewriter to type up Obama's COLB;

18. The eighteenth point of forgery is that the Obama's COLB was not perfectly flat on the glass when the forger scanned it so some of the lines are slightly curved up on the left-hand side starting from box line 7a down to about box line 13. The problem is that the typewriter line is straight but the form line below slightly curves down so we see a half to one point difference where there should be no difference;

19. The nineteenth point of forgery is the manifest errors on the Registrar's stamp on Obama's COLB that should not be there but was put there deliberately. The reason and significance of those errors are explained in the accompanying Sealed Affidavit of Douglas Vogt;

20. The twenty-first point of forgery is the use of "JBIG2 compression" on the PDF version of the COLB which is evidence of computer manipulation to cover-up the bad letter placement and multiple typefaces used by the forger.

In sum, the COLBs of Barack Hussein Obama, II are demonstrably forgeries created by persons identified in the sealed affidavit filed herewith for the express purpose and with the knowledge and consent of Barack Hussein Obama, II, to defraud the United States and its Citizens. Upon the Sixth Amendment oath that this Court took, this Court is now obligated to refer this matter to a federal grand jury for immediate investigation.

II.     **Misprision of Treason**

Title 18, Ch. 115, Sec. 2381: Treason, *United States v Haupt* (1942, DC Ill) 47 F Supp

4

836. Treason as a result of a long term conspiracy to take over a political party and install a Communist agent in as President of the United States so as to destroy the nation from within. The forged birth certificate was necessary after the conspirators discovered Barack H. Obama II was not born in Hawaii and was not a US citizen (in violation of Title 18, Sec. 911). The conspirators caused: (see Ch. 228, Sec. 3592(a)(2)) Grave risk to national security. —In the commission of the offense the defendants knowingly created a grave risk of substantial danger to the national security.

WHEREFORE, Douglas Vogt pray for an order recognizing that he has discharged his obligation pursuant to 18 U.S.C. §4 to "make known the same to some judge" and 18 U.S.C. §2382 "to some judge of the United States" the afore described felonies "cognizable by a Court of the United States."

III. **Persons Involved**

Upon the Public and Sealed Affidavits, it appears the following person are involved in perpetrating the forgeries of Obama's COLBs:

1.      Barack Hussein Obama II, the sole beneficiary of the forgery.

2.      Robert Bauer, former White House Counsel; who ordered the forgery to be picked up and delivered and also presented it to the Press on April 27, 2011.

3.      Daniel Pfeiffer, President's Director of Communications; who presented the forgery to the news media and the public on April 27, 2011.

4.      Judith Corley, in her position as Private Counsel to the President; who was sent from Seattle to Honolulu Hawaii with money to pay for the forgery and then deliver it to Washington D.C. the next day on April 26, 2011.

5.      Dr. Chiyome Fukino, former director of the Hawaiian Department of health, who stated on October 31, 2008 and July 27, 2009 that she had seen the original birth certificate on

5

file.

6. Neil Abercrombie in his position as Governor of the State of Hawaii, who in January 2011 fired his first appointee, Dr. Neal Palafox as director of the Department of Health and then appointed Loretta Fuddy, the first non-doctor director of the Department of Health. Since the Governor is the head of the chain of authority for Director Fuddy, he must have given the order to the Director to have the forgery created by helping the forger in whatever the forger needed to complete it. Barack Obama II is Neil Abercrombie's long time friend and former member of the Students for a Democratic Society (SDS), a known Communist front organization from the 1960s

7. Loretta Fuddy, Director of the Hawaiian Department of Health, who certified on April 25, 2011 that she witnessed the coping of the original Certificate of Live Birth (COLB) that was delivered to Judith Corley. Those Certificates of Live Birth I will prove are forgeries.

8. John Doe #1 in the Registrar office of the Hawaiian Department of Health (DOH), who had access rights to the DOH COLB database, the original Certificates of Live Birth, the Registrar's stamp and the DOH round embossed seal. The round DOH seal and Registrar's stamp was supposedly on the two Certificates but there is no evidence the two birth certificates ever had the legitimate round State Department of Health seal or the Registrar's stamp on it, which had numerous errors on it and therefore was forged.

9. Savannah Guthrie, MSNBC White House reporter at the time who was the only one allowed to see one of the forged Birth Certificates from Hawaii, who publicly stated that she felt the round Health Department Seal on the certificate. Our evidence proves no embossed seal was ever on the document.

10. John Doe #2, John Doe #3, John Doe #4, who are the top executives at General Electric, National Broadcasting Company and the Executive Producer of the Today Show who

6

arranged for Savannah Guthrie to "see" the Obama COLB and have her certify that a nonexistent Health Department Seal was on it. Also John Doe #5 an NBC Executive who arranged Savannah Guthrie's promotion to the Today Show nine days after the April 27, 2011 White House News Conference.

11.     John Doe #6, the person who financed and funded the forgery and the conspiracy to place a foreign alien/agent in as President of the United States.

12.     John Doe #7, the person in charge of an organized campaign of disinformation to counter any person or group uncovering the Obama forgery.

13.     John Doe #8, (identified in the Sealed Affidavit) the person who did the research for the information that would go in each form box of the Obama COLB forgeries.

14.     Jane Doe #1, (identified in the Sealed Affidavit) who knows the forger and I believe acted as a spy for the Obama administration and also disseminated other forged COLBs to throw off investigators as to the importance of the Birth Certificate number (aka State File Number) and its relationship to the Registrar's filing date.

15.     Jane Doe #2 (identified in the Sealed Affidavit) who I believe is the forger of the Obama's COLBs.

## IV.    Federal Crimes Implicated

Upon the Public and Sealed Affidavits, it appears the above-named person are involved in perpetrating the following felonies by being directly and/or indirectly involved in the forgeries of Obama's COLBs:

1.     Title 18, Ch. 1, Sec. 4: Misprision of felony

2.     Title 18, Ch. 47, Sec. 1028: Fraud and related activity in connection with identification documents, authentication features, and information. Including subsections (a)(1, 2, 4), (b)(1A), (d)(1, 3, 4. 5, 12).

7

3.     Title 18, Ch 47, Sec. 1028A: Aggravated identity theft. Including subsection (a)(1), (c)(2).

4.     Title 18, Ch. 19, Sec. 371: Conspiracy to commit offense or to defraud United States.

5.     Title 18, Ch. 43, Sec. 911: False Personating of being a United States Citizen.

6.     Title 18, Ch. 47, Sec. 1002: Possession, of False Papers to Defraud United States.

7.     Title 18, Ch. 47, Sec. 1015: Naturalization, Citizenship or Alien Registration.

8.     Title 18, Ch. 63, Sec. 1343: Fraud by Wire, Radio, Television.

9.     Title 18, Ch. 93, Sec. 1920: False statements or fraud to obtain Federal employees' compensation.

10.    Title 18, Ch. 115, Sec. 2381: Treason

11.    Title 18, Ch. 115, Sec. 2382: Misprision of treason

WHEREFORE, Douglas Vogt prays for an order recognizing that he has discharged his obligation to "make known the same to some judge" the aforedescribed felonies committed by the aforementioned individuals which are "cognizable by a Court of the United States."

## V.     Motion to Seal

Attached hereto in a sealed envelope marked with the case caption and the phrase "FILED UNDER SEAL" is my signed affidavit which identifies the forger of the long form birth certificate of Barack Hussein Obama II (and that person's connection to Mr. Obama). If this person's identity is made public prior to an investigation by a grand jury and/or executing of search warrants to secure easily destroyed computer evidence, proof beyond a reasonable doubt of the forger's complicity in perpetrating the worst fraud on the electorate of these United States, may well be lost. The other reason is that the main principles in this forgery case may have this person murdered as well as the spouse. The reason I conclude this is because the main principles

8

throughout this crime have used plausible deniability to shield themselves from culpability. Discovering who the forger actually is eliminates plausible deniability.

WHEREFORE, Douglas Vogt respectfully request an Order sealing the attached envelope. Alternatively, pursuant LCR 5(g)(6), if this motion to seal is denied, Douglas Vogt request that the court withdraw the sealed document from the record rather than unseal it.

## VI.     Request to Present Evidence to Grand Jury

Pursuant to 18 U.S.C. § 3332(a), Douglas Vogt requests that the Court bring "to the attention of the grand jury" the evidence of criminal behavior sworn to herein. I had already notified the FBI in Hawaii and the FBI Director in Washington D.C. three times with some of the earlier evidence I developed but with no action or response from them. I also notified the US Attorney in Hawaii but again with no action or response from them. Both the FBI and the Justice Department is controlled by the Executive branch of government they have been prevented from performing an investigation. For these reasons I respectfully request the court to submit our evidence to a Grand Jury and assign a Special Prosecutor to properly investigate the evidence I have developed.

Dated: _____

Douglas Vogt

12819 S.E. 38th Street, #115

Bellevue, WA 98006

Telephone number: 425-643-1131

Email Address: doug@vectorpub.com

by: *Douglas Vogt*

*Signed before me Josh M Ginder Notary Public in the State of Washington 10-17-2013*

*M M C exp 7-19-2014*

Notary Public
State of Washington
JOSH M GINDER
My Appointment Expires Jul 19, 2014