13-CV- 1880 JLR

_____ FILED          _____ ENTERED
_____ LODGED         _____ RECEIVED

OCT 18 2013    PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

*Thursday, October 17, 2013*

# Affidavit of Douglas Vogt

Douglas Vogt is invoking 28 U.S.C. §1746, states that the matters stated herein are true under penalty of perjury:

## Credentials of Douglas Vogt

1       I received my bachelors of Science degree from California State University at Northridge CA in Business Administration. I was an accountant in Los Angeles and Seattle until I went into business owning a typesetting company (Nova Typesetting) for eleven years, and had extensive knowledge and experience in type, typesetting, form design, book and science journals including math books. I currently own Archive Index Systems, Inc. since 1994, a company that sells document scanners, wide format scanner, document imaging software and multi function printers. I have extensive knowledge of how scanners function, their capabilities, and the software that comes with them. My company also developed and sold document imaging software as well as other imaging and scanning programs. I have sold and installed document imaging systems in city and county governments, and thus have knowledge of municipal and county document imaging programs and procedures, including the design and implementation of such programs. Additionally, I have a working knowledge of Adobe Photoshop and Acrobat. These factors will be crucial in understanding what has occurred with Obama's Certificate of Live Birth and other forgeries Paul and I had discovered.

2       I am also a science writer and a member of the Geological Society of America. I have written three science books, two of which are philosophy of science books.

## The First Mistake the Registrar's Stamp, first point of forgery

3       On or shortly before June 12, 2008 the Obama administration released to the media a

1



13-CV-01880-AF  Pg 1-50

Certification of Live Birth (the short form also known as an abstract) (Exhibit 1) we assume from the Hawaiian Department of Health with Alvin Onaka's registrar's stamp on it dated June 9, 2007 (Figure 1). His registrar stamp on this document is forgery for four reasons. I have examples of legitimate Onaka Registrar stamps Figure 2 and they are created with a metal embossing stamp that recesses the type. The machine that presses the stamp applies even pressure the length of the stamp and the inking is created by a carbon ribbon. There is no physical reason Onaka's registrar stamp should be darker on the right side than the left side. The other reason is the words "is a" should not be so much lighter than the rest of the words on the three lines for the same reason. This registrar's stamp looks like it was created with a self-inking or rubber stamp and not a metal embossing stamp. The third reason is the baseline of the three lines of type does not match the last line "State Registrar" which is almost unreadable. Those two words slope up 1.2-degrees. It should be perfectly parallel to the other typed lines. And the fourth reason is that the two words "State Registrar" are not all the same typeface. I copied the first "S" and moved it to the last next to the "R" and you can see that they are not the same sizes by one point. That is impossible on a metal embossing stamp. The difference in the baseline differences if 1.2-degrees is not going to happen with professionally made metal embossing stamps.



Figure 1: The Hawaiian forged Registrars' embossed stamp on the back of Barack Obama's short form certification released June 2008.



Figure 2. Examples of legitimate Registrar stamps we received from the Hawaiian Department of Health.

4      The certificate number assigned to Mr. Obama's Certificate was 10641. At that point Mr. Obama and the Department of Health were committed to the data on that short form—right or wrong. Next I will explain the procedures and legal significance of the certificate number and how to tell if the certificate number is out of sequence thus indicating a possible forgery. Mr. Obama's short form certificate was out of sequence by 141-188 numbers.

5      Whoever did the data entry into the Department of Health's database to create Mr. Obama's short-form certificate made a critical error that they could not fix because it was on the certificate they already made public. They were stuck with it and had to cover it up at all costs. The error they made was the date of the registrars' acceptance or filing date of August 8, 1961. The reason this is the mistake is because the conspirators had already decided on stealing a dead baby's certificate number who was born on August 4, 1961 but died the next day. I believe her name was Virginia Sunahara and I believe her certificate number was stolen by the conspirators and used by the forger on Mr. Barack Obama II certificate (violation of Title 18, Sec.

3

1028A(a)(1)). Her certificate number was one that should have a filing date of the 11th not the 8th, which will be explained in the next section.

6      The error must have been discovered within one week after releasing Obama's short form because the conspirators released Patricia DeCosta short form certificate (Figure 3) with a certificate number off by 199 days in order to throw off any investigators. I was able to find the origin of Mrs. DeCosta's birth certificate. It was supposedly first put up on a genealogy web site created by one of her daughters. She responded to my letter and told me that she thinks she put up the certificate in June of 2008. One of the Obama supporters used that short form to prove that Obama's short form birth certificate was also legitimate. Their purpose was really to cast doubt on the sequence of the certificate numbers. Patricia DeCosta, was born May 14, 1930 and died November 30, 1963. There were only 10,803 births in 1930. Her certificate number was 10,259 which is a number that would have been issue around December 12, 1930 not May 27, 1930. Her Certificate number is off by about 199 days. I will explain why in the following section on the laws for the certificate numbers. The Department of Health is the only one that can issue the short form with the seal on it so they must have issued this one to confuse any investigators regarding the sequence of the certificate numbers. Figure 4 shown the Registrar's seal on the back of the form that has the some of the same kind of errors on it as does the Obama Short form. The baseline of the words "State Registrar" is sloped up .8-degrees, the left-hand margin does not line up for all three lines of type and the different font sizes from the beginning of the words "State Registrar" to the end is again one point different. All of these problems would never occur on a legitimate Registrar Stamp.



Figure 3. Patricia DeCosta's Short form Birth Certificate released also in June 2008. The certificate number is out of sequence by 199 days.



Figure 4. Registrar's stamp on the back of Patricia DeCosta's short form certificate.

7      I will be showing more of these forged Registrar's stamps on other birth certificates and you may be wondering why a forger would include blatant errors in a Registrar's stamp when all they had to do was just scan and copy an existing legitimate stamp. I believe the only reason is the person or persons at the Department of Health wanted to claim plausible deniability if the forgeries were ever discovered. The only problem with that logic is that the Department of

5

Health (DOH) is the only place that someone would have access to the database of records to match up dead babies so as to take their birth certificate numbers and assign them to various forgeries. In addition these short forms also appear to have the official DOH round seal affix to the documents and we will assume that only they have possession of that seal.

### Proof Mr. Obama's Registration date is wrong and had to have been registered on August 11, 1961. The second point of forgery

8       On July 28, 2009, Eleanor Nordyke proudly showed copies of the two Certificates of Live Birth for her two daughters in the Honolulu Advertiser newspaper during an interview (Figure 5). The sisters were born August 5, 1961, a day after Barack Obama II. Their names and certificate numbers are Susan #10637 and Gretchen #10638 (Figure 6). Their State Registrar's acceptance and filling date was August 11, 1961. Barack Obama's filling date was August 8 but his certificate number is 10641, three digits more than Gretchen's, which is impossible. The certificate number 10641 belongs to someone whose filing and acceptance date was the same as the Nordyke twins and processed just after theirs. Hawaii averaged 46.9 births per day up to August 1961. The Obama Certificate number should have been 141 to 188 numbers less than the Nordyke twins.



Figure 5, Mrs. Eleanor Nordyke proudly showing her twin daughters birth certificates in July 28 2009.

The 1961 birth certificates of Eleanor Nordyke's twin daughters are shown here. Hawai'i birth certificates from that period required more information than modern ones do.

Figure 6. The Certificates of Live Birth for the Nordyke twins, filled August 11, 1961.

9       Further proof Mr. Obama's Certificate number was stolen from someone else is the unusual placement of two of the Bates certificate numbers 0 and 6. Figure 7 shows all three Bates certificate numbers. You will notice that the 0 and 6 are slightly above the baseline of the rest of the numbers. This happens with some Bates numbering machines when the number wheels do not properly seat to the baseline. The 0 (thousands) and 6 (hundreds) wheels just did not seat all the way down on the baseline. If Mr. Obama's acceptance and filling date was truly August 8 then the hundreds wheel would have shown a 4 or 5. Because the six hundreds wheel is above the baseline like the Nordyke twins this proves that the certificate number 10641 was filed and numbered three digits after Gretchen Nordyke and accepted by the State Registrar on the 11th of August not the 8th and is proof the filing date on both of Mr. Obama's short and long-form certificates are forged and that the Hawaiian Department of Health is involved in the forgeries. They have to be involved because they are the only ones who have access to the database that could match up births and deaths and choose a dead baby's certificate number to give to Mr. Obama.

7



Figure 7. The three certificate numbers all with the raised "06" above the baseline. Mr. Obama's Certificate is 10641.

10      The first proof of forgery is the fact that the registration date cannot be August 8 but must have been August 11, 1961 the same as the Nordyke twins. Stealing or forging a security feature such as a certificate number is in violation of Title 18, Sect. 1028(d)(1) & (5)(A, B & C). Taking another persons certificate number is in violation of Title 18, Ch 47, Sec. 1028A: Aggravated identity theft. Including subsection (a)(1), (c)(2).

**The Laws Regarding the Certificate Number proving Obama's Certificate number is out of sequence for a registration date of August 8, 1961. The Third point of forgery**

11      The birth certificate number goes by several names depending on the state and the Federal government. The most common names are "state file number" and "birth number." I knew the birth certificate number was of paramount importance in proving Mr. Obama's birth certificate was a forgery I went ahead and read all 50 states and the District of Columbia's, statutes and administrative code regarding the filing and acceptance of birth certificates. The following is a summary of the Hawaiian laws:

12      Hawaii; PART I. STATE PUBLIC HEALTH STATISTICS ACT

§338-1 Definitions of terms. As used in this part unless the context otherwise indicates:

"Public health statistics" includes the registration, preparation, transcription, collection, compilation, and preservation of data pertaining to births, adoptions, legitimation, deaths, fetal deaths, morbidity, marital status, and data incidental thereto.

§338-5 Compulsory registration of births. Within the time prescribed by the department of health, a certificate of every birth shall be substantially completed and filed with the local agent of the department in the district in which the birth occurred, by the administrator or designated representative of the birthing facility, or physician, or midwife, or other legally authorized person

8

in attendance at the birth; or if not so attended, by one of the parents.

§338-11 Form of certificates. The forms of certificates shall include as a minimum the items required by the respective standard certificates as recommended by the **Public Health Service, National Center for Health Statistics**, subject to approval of and modification by the department of health....


13      *Administrative code*: Chapter 8, Vital Statistics Regulations and Records

Sec, 2 Time allowed for birth reporting. A certificate of every live birth shall be **filled within 7 days** from the date of occurrence.

Sec. 8. Transmittal of Certificates. Local registrars shall transmit certificates filed with them weekly to the State Health Department, except that on the outlying islands ...

Sec. 32. Registration Districts. Each County of the State shall constitute a vital statistics registration district.

Chapter 3 Amendment of Vital Records

Sec. 3.1. Amendments After Official Acceptance of Certificate.

No amendments ... shall be made on any birth, death . . . certificate after the **assignment of a state file number** unless such amendments are fully documented according to the law and regulations....

Sec. 3.9 Method of Making Amendments to Vital Records.

B. A new birth certificate prepared following adoption, legitimation ... shall contain the same ... **birth number and filing date** as on the original certificate...


14      I have included Table 1 which summarizes all the states and District of Columbia if they mentioning the state file number was a consecutive number, if the Federal law or regulation is mentioned and if they define the terms *File, Filing* and *Registration* in the state laws or

regulations. The results of my research are the following: Forty-one of the states mention the state file number directly by one of the other names states may give it.

15      Sixteen of the states specifically mention that the certificate number is a sequential number and starts with the number one at the beginning of the year. This mirrors the same language in the Federal regulations including Hawaii.

Fourteen of the States specifically mention that their laws are in accordance with the Federal laws and regulations.

16      Forty-nine of the states and DC define the terms *File, Filing* and *Registration* as meaning the same thing the Federal regulations state and many of them repeat it verbatim. The Model State Vital Statistics Act and Regulations of 1977 and 1992 defines the terms as such:

Section 1. Definitions:

(c) "**File**" means the presentation and acceptance of a vital record or report provided for in this Act for registration by the (Office of Vital Statistics [the state department of health]).

(d) "**Filing**, date of" means the date a vital record is accepted for registration by the (Office of Vital Statistics).

(j) "**Registration**" means the acceptance by the (Office of Vital Statistics) and the incorporation of vital records provided for in this Act into its official records.

17      That means the act of *filing* and *registration* happens at one time the same day by the State Registrar or deputy Registrar. They will check the form for completeness and then accept it by dating, signing and numbering the Certificate of Live Birth. That process is called filing and registration. This irrefutably means that the date of acceptance by the State Registrar correlates to the certificate number because it is a sequential number starting with the number one at 12:01 a.m. on January 1st. If you know the average number of birth per day in a state, you can calculate within a few hundred numbers or less what the number should be just by knowing the Registrar's date of acceptance, and in reverse if you know the certificate number you can figure out within a

10

few days when the State Registrar should have registered the certificate. Table 2 shows 15 of the

good birth certificates I acquired and Barack Obama's forged certificate.

Number of births per year
For the State of Hawaii

| Year | Total for the year | No. of days to reg. date | Number of births to births that day | Average per Day | Certificate No. | Registration Day number | Calculated Data | Date of Birth | Date Doctor Signed | Reg. Date | Day of the Week | Reg. No. difference | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1957 | 17,060 | 356 | 16,695 | 46.90 | 16482 | 351.46 | 12/18/1957 | 12/19/1957 | 12/20/1957 | 12/23/1957 | Monday | 5 | Chris S |
| 1958 | 16,708 | 255 | 11,467 | 44.97 | 11495 | 255.62 | 9/12/1958 | | 9/12/1958 | 9/12/1958 | Friday | 0 | Blanked out name |
| 1959 | 17,100 | 355 | 16,644 | 46.88 | 16430 | 350.44 | 12/16/1959 | 12/15/1959 | 12/16/1959 | 12/22/1959 | Tuesday | 6 | Daren S |
| 1960 | 17,202 | 147 | 6,744 | 45.88 | 6602 | 143.90 | 5/24/1960 | 5/21/1960 | 5/27/1960 | 5/27/1960 | Friday | 3 | Paul C |
| 1960 | 17,202 | 293 | 13,707 | 46.78 | 13658 | 291.95 | 10/19/1960 | 10/20/1960 | 10/22/1960 | 10/25/1960 | Tuesday | 6 | Troy S |
| 1961 | 17,578 | 223 | 10,460 | 46.91 | 10637 | 226.77 | 8/14/1961 | 8/5/1961 | 8/7/1961 | 8/11/1961 | Friday | -3 | Susan Nordyke |
| 1961 | 17,578 | 223 | 10,460 | 46.91 | 10638 | 226.79 | 8/15/1961 | 8/5/1961 | 8/7/1961 | 8/11/1961 | Friday | -3 | Gretchen Nerdyke |
| 1961 | 17,578 | 220 | 10,319 | 46.90 | 10641 | 226.87 | 8/15/1961 | 8/4/1961 | 8/7/1961 | 8/8/1961 | Tuesday | -7 | Barack Obama |
| 1962 | 17,982 | 170 | 8,313 | 48.90 | 8498 | 173.78 | 6/22/1962 | 6/15/1962 | 6/15/1962 | 6/19/1962 | Tuesday | -3 | Edith C |
| 1964 | 17,368 | 251 | 11,661 | 46.46 | 11187 | 240.80 | 8/28/1964 | 8/28/1964 | 9/1/1964 | 9/8/1964 | Tuesday | 11 | Nina K |
| 1968 | 14,590 | 283 | 11,302 | 39.94 | 11562 | 289.51 | 10/17/1968 | 10/5/1968 | 10/10/1968 | 10/11/1968 | Friday | -5 | Shani S |
| 1969 | 15,760 | 226 | 9,221 | 40.80 | 9051 | 221.83 | 8/10/1969 | 8/7/1969 | 8/13/1969 | 8/14/1969 | Thursday | 4 | Dianna S |
| 1971 | 15,838 | 364 | 15,795 | 43.39 | 15396 | 354.80 | 12/21/1971 | 12/21/1971 | 12/29/1971 | 12/30/1971 | Thursday | 9 | Janna R |
| 1978 | 16,752 | 20 | 897 | 44.85 | 974 | 21.72 | 1/21/1978 | 1/14/1978 | 1/18/1978 | 1/20/1978 | Friday | -1 | Blanked out name |
| 1983 | 18,734 | 24 | 1,218 | 50.75 | 976 | 19.23 | 1/20/1983 | 1/19/1983 | Short form | 1/24/1983 | Monday | 4 | Jeremy S |
| 1995 | 18,595 | 107 | | 50.95 | 5231 | 102.68 | 4/13/1995 | 4/12/1995 | 4/14/1995 | 4/17/1995 | Monday | 4 | Jordan R |

Table 2. Fifteen good Certificates of Live Birth from Hawaii with good certificate numbers corresponding

with the date of filing.

| | Days for registration | Mentions the File number | Consecutive number | Mentions the Federal Act | Define Filing & Registration | |
|---|---|---|---|---|---|---|
| Alabama | 5 | 1 | | | | |
| Alaska | 5 & 7 | 1 | | 1 | 1 | |
| Arizona | 30 | 1 | | | 1 | |
| Arkansas | 10 | 1 | 1 | | 1 | |
| California | | 1 | 1 | | 1 | |
| Colorado | 10 | 1 | | | 1 | |
| Connecticut | 10 | | | | 1 | |
| Delaware | | 1 | 1 | | | |
| Dist. Of Columbia | | 1 | 1 | | 1 | |
| Florida | 5 | 1 | | | 1 | |
| Georgia | | 1 | | | 1 | |
| **Hawaii** | 7 | 1 | | 1 | 1 | Vol 6, sec. 338-11 |
| Idaho | 15 | 1 | | | 1 | |
| Illinois | | 1 | | | 1 | |
| Indiana | | | | | 1 | |
| Iowa | 7 | 1 | | 1 | 1 | |
| Kansas | 5 | 1 | | 1 | 1 | |
| Kentucky | | | | 1 | 1 | |
| Louisiana | 15 | 1 | 1 | 1 | 1 | |
| Maine | 7 | | | | 1 | |
| Maryland | | 1 | 1 | 1 | 1 | |
| Massachusetts | | 1 | 1 | | 1 | |
| Michigan | 5 | 1 | | | 1 | |
| Minnesota | 5 | 1 | 1 | | 1 | |
| Mississippi | | 1 | | | 1 | |
| Missouri | 5 | 1 | | 1 | 1 | |
| Montana | 10 | 1 | | 1 | 1 | |
| Nebraska | 5 | 1 | | 1 | 1 | |
| Nevada | | 1 | 1 | | 1 | |
| New Hampshire | | 1 | 1 | | 1 | |
| New Jersey | | 1 | 1 | | 1 | |
| New Mexico | 10 | 1 | | 1 | 1 | |
| New York | | 1 | 1 | | 1 | |
| North Carolina | 10 | 1 | | 1 | 1 | |
| North Dakota | 5 | 1 | | | 1 | |
| Ohio | | 1 | 1 | | 1 | |
| Oklahoma | 7 | 1 | | | 1 | |
| Oregon | 7 | 1 | | | 1 | |
| Pennsylvania | 10 | 1 | | | 1 | |
| Rhode Island | | 1 | 1 | | 1 | |
| South Carolina | 5 | | | | 1 | |
| South Dakota | 7 | | | | 1 | |
| Tennessee | 10 | 1 | | 1 | 1 | |
| Texas | 10 | 1 | 1 | | 1 | |
| Utah | | | | | 1 | |
| Vermont | 10 | 1 | | | 1 | |
| Virginia | 7 | | | | 1 | |
| Washington | 7 | | | | 1 | |
| West Virginia | 7 | 1 | 1 | | 1 | |
| Wisconsin | | 1 | | | 1 | |
| Wyoming | 7 to 10 | | | 1 | 1 | |
| Totals | | 41 | 16 | 14 | 49 | |

Table 1: A list of the states who mention the certificate number and other pertinent facts. The 1 represents a "Yes" answer.

## The Certificate number and the State of Hawaii, the third point of forgery.

18      Hawaii has used the standard numbering format certainly since 1930 because Patricia

DeCosta's birth certificate was issued that year and it used the standard format. Each state registrar is responsible to record and maintain all the certificates the registrar certifies. As mentioned before one of the file processing items is the certificate number (Birth Edit Specifications for the 2003 Revision of the U.S. Standard Certificate of Birth, 3/18/2005). There is a standard procedure the registrar goes through in the process called "filing." By Hawaiian state law a birth must be reported to the State registrar no later than seven days after birth. When a birth certificate comes in from a hospital or clinic, the registrar much check that there are no cross outs, all the fields have been filled out, the mother and doctor have both signed and dated the form using black indelible ink. The registrar then stamps the certificate with a date stamp and then uses a Bates numbering machine to print the unique certificate number on the upper right hand corner of the form. Finally the registrar signs the form. After 2005 all the states had to implement a electronic document imaging system to enable rapid access to the certificates. Hawaii started the imaging system in 2001. Hawaii has only one office that issues certified birth certificates and that is the main state office in Honolulu and for that reason box 20 is for the local registrar will always have the same date as box 22 for the state registrar. There are no local registrars in Honolulu County, Hawaii.

19      Since 1929 all states and territories were incorporated in the system of recording births and deaths. All state registrars use the same uniform numbering system. The original standard for this number, before the year 2000, was an 11-digit number in a xxx xx xxxxxx format. The number begins with a 3-digit birth area code number (Hawaii is 151) followed by a 2-digit year of registration (the year of birth) and lastly a 6-digit serial registration number (assigned sequentially to each birth as it is filed; Social Security Administration, POMS RM 10210.305, *Reviewing a Birth Certificate Birth Area Code*). After 2000 it became obvious that the two year digit had to be expanded to a full four digit year. Figure 8 shows a Bates numbering machine that has the same type face as the one used by the Hawaiian Department of Health.

13

20    The **Third point of forgery** is the stolen Birth Certificate number being out of sequence.



Figure 8: A Bates numbering machine the type commonly used to number Birth Certificates.

**Affidavit of Tim Adams of January 20 2011.**

21    Mr. Tim Adams was a Senior Elections Clerk who worked for the City and County of Honolulu Election Division from May 2008 to September 2008. I have included his sworn affidavit in **Exhibit 3**, where he states the following:

That "Senior officers in the City and County of Honolulu Elections Division told me on multiple occasions that no Hawaii long-form, hospital-generated birth certificate existed for Senator Obama in the Hawaii Department of Health and there was no record that any such document had ever been on file in the Hawaii Department of Health or any other branch or department of the Hawaii government."

That the same Senior officers "told me on multiple occasions that Hawaii State government officials had made inquires about Sen. Obama's birth records to officials at Queens Medical Center and Kapi'olani Medical Center in Honolulu and that neither hospital had any record of Senator Obama having been born there ..."

"... I came to understand that for political reasons, various officials in the government of Hawaii, including then Governor Linda Lingle and various officials of the Hawaii Department of Health, including Dr. Chiyome Fukino, the director of the Hawaii Department of Health, were making representations that Senator Obama

14

was born in Hawaii, even though no government official in Hawaii could find a long-form birth certificate for Senator Obama that had been issued by a Hawaii hospital at the time of his birth."

"During the course of my employment, I was told by senior officers in the City and County of Honolulu Elections Division to stop inquiring about Senator Obama's Hawaii birth records, even though it was common knowledge among my fellow employees that no Hawaii long-form, hospital-generated birth certificate existed for Senator Obama."

22    As stated in Tim Adams affidavit, the previous Director of the Department of Health, Dr. Chiyome Fukino, (Exhibits 4 and 5) made two public releases. One on October 31, 2008 and the other on July 27, 2009. On the first she states: "Therefore, I as Director of Health for the State of Hawaii, along with the Registrar of Vital Statistics ... have personally seen and verified that the Hawaii State Department of Health has Sen. Obama's original birth certificate on record in accordance with state policies and procedures." These statements are in spite of the claim by Tim Adams that there was no evidence that a Certificate of Live Birth (COLB) ever existed in the Department of Health or in any Hawaiian hospital. It appears that a political decision was made in Hawaii to cover up the truth and fabricate whatever was necessary to permit Senator Obama to qualify to run for President. They willfully let a foreign agent become President of the United States.

**The Problems for Senator Obama getting on the Hawaiian ballot in 2008.**

23    As late as August 2008, two months before the election, the chairman of the Hawaiian Democratic Party, Brian Schatz, refused to sign and confirm the constitutional eligibility, using the correct legally required wording in the sworn Official Certification of Nomination (OCON) affirming that Senator Obama was qualified to serve as President under the provisions of the

Constitution. There was no evidence that form was filled with the Elections Board by August 27 or September 5 so the Elections Office could not put Senator Obama on the Hawaiian ballot. What happened was the National Democratic Party, headed by Congresswoman Nancy Pelosi, submitted two different worded OCONs to the Hawaiian Election Board to get Senator Obama on the Hawaiian ballot in time for the November election (Figure 9). The reason Schatz did not sign it is because the Obama Champaign could not produce real proof of citizenship necessary to be on the ballot. Keep in mind that Senator Obama's campaign had already released the short form birth certificate on June 12 2008, just a few months before, then why didn't Mr. Schatz accept the short form as proof of citizenship? I believe it is because what Senior Elections Clerk Mr. Tim Adams swore on his affidavit, namely that there was no legal birth certificate from the State of Hawaii, and that meant Senator Obama was born outside of the United States. It is most likely that Mr. Schatz also knew that Senator Obama was not born in Hawaii and therefore not a US citizen at all. The party certification then fell to the national chairperson of the Democratic Party, Congresswoman Pelosi, to certify Senator Obama or else he would never have appeared on the Hawaiian ballot.

Figure 9. The DNC certifying Senator Barack Obama II, eligible to be their candidate for President and signed by Nancy Pelosi.

### The April 27, 2011 News Conferences and Plausible Deniability.

24      There were two news conferences that took place on April 27, 2011. The first was a news conference for the press started at 8:48 a.m., about one and a half hours before President Obama gave his news conference. The first news conference was conducted by Press Secretary Mr. Jay Carney, the President's White House Counsel Mr. Robert Bauer and the President's Director of Communications Mr. Daniel Pfeiffer. The news conference established the chain of custody for the two Obama Certificates of Live Birth supposedly acquired, in person, at the Hawaii Department of Health office by Judith Corley the President's personal counsel at Perkins Coie, Seattle, Washington. It did not establish the chain of custody for the PDF birth certificate that

17

was later put up on the White House web site some time that morning. I do not know who created the PDF version, where it came from and who put it on the web site. Both points are very important in this case and the analysis I performed.

**The Chain of Custody for the Reporters Copy**

25      It was very important for our investigation to establish the chain of custody for the high resolution reporters' copy I acquired from 12newsnow.com, an ABC affiliate, who attended that news conference (Figure 10). The following is that chain of custody. The following are direct quoted from the 8:48 a.m. news conference (http://www.whitehouse.gov/the-press-office/2011/04/27/press-gaggle-press-secretary-jay-carney-4272011). I will quote excerpts from the transcript of that news conference that established the chain of custody.



Figure 10. The 12news web page that had the link to the high resolution scan of the reporters handed out on April 27, 2011.

26      Robert Bauer, a former attorney at Perkins Coie, stated that a letter (Exhibit 6) was

addressed to the Director of Health, Loretta Fuddy on April 22, 2011 to request the Department

to release two certified copies of Barack Obamas COLB and they were to be given to his

attorney Ms. Judith Corley of Perkins Coie. The White House letter was electronically sent to the

office of Perkins Coie (Exhibit 7), where Ms. Corley added a cover letter explaining she would

personally go to Hawaii and pick up the two certified copies and bring them back to Washington

DC. The following established the chain of custody:

> **MR. CARNEY**: Good morning, everybody. You can read the paperwork we just handed
>
> out in a minute. Let me just get started. Thank you for coming this morning. I have with
>
> me today Dan Pfeiffer, the President's Director of Communications, as well as Bob
>
> Bauer, the President's White House Counsel, who will have a few things to say about the
>
> documents we handed to you today. And then we'll take your questions. I remind you this
>
> is off camera and only pen and pad, not for audio. And I give you Dan Pfeiffer.

> **MR. PFEIFFER**: Thanks, Jay. What you have in front of you now is a packet of papers
>
> that includes the President's long-form birth certificate from the state of Hawaii, the
>
> original birth certificate that the President requested and we posted online in 2008, and
>
> then the correspondence between the President's counsel and the Hawaii State
>
> Department of Health that led to the release of those documents.
>
> ....

> Q When you posted this did you post the other side of it where the signature is?
>
> MR. PFEIFFER: Yes.

> Q Because it is not here and that's been an issue.

> **MR. PFEIFFER**: We posted both sides and when it was looked at it was looked at by —
>
> the fact checkers came to headquarters and actually examined the document we had. [The
>
> short form only]

That settled the issue. In recent weeks, the issue has risen again as some folks have begun raising a question about the original -- about the long-form birth certificate you now have in front of you. And Bob will explain why -- the extraordinary steps we had to take to receive that and the legal restraints that are in place there.

....

**MR. BAUER**: Early last week the decision was made to review the legal basis for seeking a waiver from the longstanding prohibition in the state Department of Health on releasing the long-form birth certificate. And so we undertook a legal analysis and determined a waiver request could be made that we had the grounds upon which to make that request.

And by Thursday of last week, I spoke to private counsel to the President and asked her to contact the State Department of Health and to have a conversation about any requirements, further requirements, that they thought we had to satisfy to lodge that waiver request. She had that conversation with the state Department of Health on Thursday — counsel in question is Judy Corley at the law firm of Perkins Coie, and you have a copy of the letter she subsequently sent to the department with the President's written request.

The department outlined the requirements for the President to make this request. He signed a letter making that request on Friday afternoon upon returning from the West Coast. And private counsel forwarded his written request — written, signed request — along with a letter from counsel, to the state Department of Health on Friday.

The department, as I understood it, after reviewing the law and reviewing the grounds asserted in the request, came to the conclusion that a waiver could be appropriately granted. We were advised that the long-form birth certificate could be copied and made available to us as early as Monday, April 25th -- the day before

yesterday. And we made arrangements for counsel to travel to Honolulu to pick it up and it was returned to the White House yesterday afternoon.

...

**MR. PFEIFFER**: We'll be happy to take some questions.

  Q  I guess I just want to make sure that we're clear on this. Even though this one says "certificate of live birth" on here, this is different than the other certificate of live birth that we've seen?

**MR. PFEIFFER**: Yes. The second page there is the one that was posted on the Internet.

  Q  Okay.

**MR. PFEIFFER**: And that is a copy of the one that has been kept at the Hawaii Department of Health.

  Q  Okay. And this is the one that would be referred to — that people have been asking for that is the birth certificate?

**MR. PFEIFFER**: They are both — the second one is the birth certificate. The one on the top is what is referred to as the long-form birth certificate. As you can see — and Bob can walk you through it — it contains some additional information that is not on the second page, which was the birth certificate which was released during the campaign.

    If you could just explain the difference.

**MR. BAUER**: There's a difference between a certificate and a certification. The certification is simply a verification of certain information that's in the original birth certificate. The birth certificate, as you can see, has signatures at the bottom from the attending physician, the local registrar, who essentially oversees the maintenance of the records. It contains some additional information also — that is to say, the original birth certificate — it contains some additional information like the ages of the parents, birthplaces, residence, street address, the name of the hospital.

...

The core information that's required for legal purposes and that is put into the actual certification that's a computer-generated document, which we posted in 2008, that information is abstracted, if you will, from the original birth certificate, put into the computerized short-form certification, and made available to Hawaiian residents at their request.

So the long form, which is a certificate, has more information, but the short form has the information that's legally sufficient for all the relevant purposes.

Q  This first one has never been released publicly, correct?

MR. BAUER: That's correct. It is in a bound volume in the records at the state Department of Health in Hawaii.

....

Q  And this is going to sound — I mean, you can just anticipate what people are going to — remain unconvinced. They're going to say that this is just a photocopy of a piece of paper, you could have typed anything in there. **Will the actual certificate be on display or viewable at any -- (laughter.)**

Q  Will the President be holding it?

MR. PFEIFFER: He will not, and I will not leave it here for him to do so. But it will — the State Department of Health in Hawaii will obviously attest that that is a — what they have on file. As Bob said, it's in a book in Hawaii.

MR. BAUER: And you'll see the letter from the director of the Health Department that states that she oversaw the copy and is attesting to —

Q  But do you understand that this could quiet the conspiracy theorists?

MR. PFEIFFER: There will always be some selection of people who will believe something, and that's not the issue. The issue is that this is not a discussion that is just

happening among conspiracy theorists. It's happening here in this room; it's happening on all of the networks. And it's something that, as I said, every major political figure of both parties who's actually out trying to talk about real issues is asked about this by the media. And so the President decided to release this. And I'll leave it to others to decide whether there's still — there will be some who still have a different — have a conspiracy about this.

     Q   You've got two certified copies, according to this study. You have these physical —

**MR. PFEIFFER**: Yes. I showed you one. Just one.

     Q   You showed us a photocopy of one.

**MR. PFEIFFER**: No, I showed you —

     Q   Does that have a stamp?

**MR. PFEIFFER**: It has a seal on it.

     .... End.

27    Mr. Bauer's quote established that he requested the acquisition of the Birth Certificate and that Ms. Corley was to go to Hawaii and pay for the two certificates. Loretta Fuddy, Director of the Department of Health, replied to the Presidents letter (Exhibit 8) by stating "I am making an exception to current departmental policy, which is to issue a computer-generated certified copy." What computer-generated means is the short form certification of the COLB that the Obama campaign displayed in June 2008 which was generated only from the database information keyed in at the Department of Health. What Certification means is that the Department of Health is certifying that they possess an original hospital generated Certificate of Live Birth. That is what they gave the Obama campaign back in 2008. Loretta Fuddy states in her letter something very important as to what we are seeing. "**I have witnessed the copying of**

the certificate and attest to the authenticity of these copies." That means she personally witnessed the photocopying of the original paper form of Barack Obama's alleged COLB onto the green security paper. [Emphasis added]

28     On the same day as the news conference Hawaiian Governor Neil Abercrombie sent out a news release (Exhibit 9) which stated: "On April 25, 2011, pursuant to President Obama's request, Director Fuddy **personally witnessed the copying of the original Certificate of Live Birth** and attested to the authenticity of the two copies. Dr. Alvin Onaka, the State Registrar, certified the copies." [Emphasis added] His letter is implicating Dr. Onaka personally put the round Department of Health seal and the registrar's stamp on the two certificates. I will prove that no such department seal was ever on the COLB and the registrar's stamp is a forgery.

29     What the Governor and Director Fuddy supposedly gave the President was a direct photocopy of the original COLB that is bound in the book (Figure 11). It did not come from the department's document imaging system which contained black and white or grayscale Group4 Tiff images. The image shown at the April 27th announcement was supposedly the black and white photocopy image on the security paper from the copier. The curvature on the left-hand gutter of the page was supposed to have been caused by placing the book on the glass of the copier without removing the page from the post binder book.



Figure 11. The Registrar, Dr. Alvin Onaka, retrieving one of the books containing original birth certificates.

30     At this point, we are led to believe that the chain of custody went to Judith Corley, who

24

supposedly picked up the envelope on Monday from the Health Department office and then took a plane to Washington D.C. and delivered the two Certificates of Live Birth, with seals, to the White House by 5:00 p.m. on Tuesday. During the news conference Mr. Pfeiffer replied to a reporter's questions by stating "As Bob said, it arrived by plane—the President's personal counsel went to Hawaii and brought it back and we got it last night." That must have cost the President well over $7,000 to pay for last minute airplane tickets and the lawyer's hourly time to make this delivery. All of this was totally unnecessary. The fee ($14.00) could have been paid by wire transfer in one day, the letters could have been sent by e-mail or fax or even express mail. The UPS cost for picking up an envelope in Hawaii and delivering it by 8:30 a.m. the next day to Washington DC is only $83.00. Keep in mind there was no rush in getting these forms. The only reason I could think of why a personal currier was sent is if the currier was delivering something valuable to people in Hawaii such as money for services rendered and you did not want any trail of the transfer of money. That is the only reason I can think of why Ms. Corley had to personally go to Hawaii.

31     At this point, the chain of custody transferred to Mr. Robert Bauer who had the two stamped and sealed COLBs. The White House communications staff made copies of the three letters and copied one of the Certificates and placed them into folders and gave them to the attending news reporters. I received the scan of the reporters' copy of the COLB from 12newsnow.com TV (Exhibit 10). This further verifies the chain of custody for the reporters copy and that Robert Bauer was in charge of the acquisition of the two COLBs from Hawaii.

**Plausible Deniability**

32     The news conference conducted by Daniel Pfeiffer and Robert Bower presented a classic case of plausible deniability because they were not going to let President Obama see the birth certificate that he just paid over $7,000 to acquire and they made the point of saying that they were not going to leave it in the White House for the President to see it. When President Obama

did his news conference he never directly mentions the birth certificate that was presented a little over an hour before. He only mentions the Certification of Live Birth (the short form abstract) that was released in June of 2008. They set up a classic case of plausible deniability because they knew that what they were presenting was a forgery and they were defrauding the United States and its citizens. This was one of the reasons I got involved in the investigation. Other people at the 8:48 a.m. news conference also knew it was a forgery because they laughed after a news person said "Will the actual certificate be on display or viewable at any — (laughter.)" The Joke was evidently on us the American people.

**The Involvement of General Electric, National Broadcasting Company and Savannah Guthrie. No evidence of a Hawaiian Department of Seal on the Obama COLB. The forth point of forgery.**

33    The following is what I believe is the involvement in this forgery of General Electric, NBC and Savannah Guthrie. This is strictly my opinion after connecting the dots in this case. NBC is owned by General Electric. The Today Show is the property of the NBC network. GE Capital is a subsidiary of GE and was in bad financial shape in 2008 because of bad loans it made prior to the real estate crash in 2008. After making a deal with the Obama administration, it was allowed to get relief from Federal Deposit Insurance Corporation (FDIC) Temporary Liquidity Guarantee Program. It did it by selling its bad debt amounting to $340 billion to the FDIC and paid a fee of only $2.3 billion. This story was reported by Jeff Gerth and Brady Dennis, two reporters from the Washington Post, on June 29, 2009.

"At the same time, GE has avoided many of the restrictions facing other financial giants getting help from the government.

"The company did not initially qualify for the program, under which the government sought to unfreeze credit markets by guaranteeing debt sold by banking firms. But regulators soon loosened the eligibility requirements, in part because of behind-the-scenes appeals from GE.

". . . The government's actions have been "powerful and helpful" to the company,

26

GE chief executive Jeffrey Immelt acknowledged in December."

34     So General Electric and GE Capital owed the Obama administration their business so when President Obama and his handlers knew they had to produce a forged birth certificate because Jerome Corsi's book *Where's the Birth Certificate?* was going to be released in early May 2011, the administration needed someone they could trust to say they examined the forgery and state publically that the round DOH seal was present on the COLB and the document looked legitimate. They needed someone the public would recognize and maybe even a lawyer who would have some credibility.

35     The last question asked at the morning news conference was by a reporter that could not see any seal on it and that is why Mr. Pfeiffer had to tell him that there was a Department of Health (DOH) seal on it. I will next prove there was no DOH round seal on the two documents delivered to the White House.

"Question:  You showed us a photocopy of one.

**MR. PFEIFFER**: No, I showed you —

Q  Does that have a stamp?

**MR. PFEIFFER**: It has a seal on it."

36     I think what happened was an executive at GE talked to an executive at NBC and told them what they needed. That executive contacted the executive producer of The Today Show and told him they needed a little favor.

37     At that time Savanna Guthrie was the White House correspondent and the co-anchor of the MSNBC program *The Daily Rundown* (2008 to April 2011). Before then she was the legal analyst and correspondent for the network. Sometime after the 8:48 a.m. news conference, Savannah Guthrie was allowed by someone at the White House to examine the newly presented

Obama COLB. At that time we know of two pictures she took. Figure 12 show what she wrote on her Titter account and a video of her on MSNBC report that day. "I saw the certified copy of the long-form POTUS birth certificate today, felt the raised seal, snapped this pic." On May 9th 2011, just twelve days after she did her little performance of examining Obama's COLB, she had a new contract with NBC to become the co-host of the 9:00 a.m. NBC *Today Show*, which I am sure included a very large increase in her salary. On June 29, 2012 she was again promoted to co-host of *The Today Show*, which I am sure included another substantial increase in her salary.



Figure 12. Savannah Guthrie stating that she felt a raised seal from the Hawaii DOH.

## No evidence of a Department of Health Round Seal on the COLB, the forth point of forgery.

38      The Department of Health Seal of any type is not clearly visible on the Obama COLB. Figure 13 shows the area where the remnant of a round "seal" should be seen. On the left is the PDF from the White House web site and on the right is the picture taken by Savanna Guthrie, supposedly when she was inspecting the COLB and "feeling" the seal. You can barely see anything other than some lighter spots in a circle. Figure 14 shows the same two after I enhanced the color image so as to see the remnant of a round seal.



Figure 13. Latent image of the DOH seal on the PDF copy. On the right and Savannah Guthrie's copy both barely noticeable.



Figure 14. The PDF copy and Savannah Guthrie's copy after the enhanced color adjustment had been made so the "seal" becomes visible on both..

39      The only way I was able to see a remnant image of a seal was by changing the color saturation, brightness and contrast on both. Figure 15 shows the reporters copy and it shows nothing at all. That is why the reporter asked the question. I tried many combinations on the reporters copy trying to get the image to show up but nothing could be seen. That is very important and this is why. It proves there was no real embossed seal on the COLB certificate that supposedly came from Hawaii. The embossed seal is part of the paper because it puts holes and groves in the paper. It should not be only part of the image of the green paper. That means the latent image of the seal was only part of the image of the security paper and not part of the paper itself, in other words its not really there.



Figure 15. Where the seal should be on the Reporters copy but nothing shows up.

40      As you remember the White House made copies from their copier and gave them to the reporters. Most copiers use a green light source. When copied the green color of the safety paper drops out. Exhibit 11 shows seven legitimate color DOH seals that can be clearly seen with minimal adjustment of brightness and contrast. The center and right middle two are from Mr. Obama's COLBs and you can clearly see the difference. On his COLBs there is only a latent image, but on the others you can clearly see the impression the embossing made to the paper. They came from long form COLBs and short form abstracts and you can visibly see an embossed seal on a certificate even a copy of a copy as shown in Exhibit 12 and you can still see the round seal clearly but you can't see it at all on the Obama copy.

41      Embossed seals damage the paper deliberately by tarring it in specific places thereby creating the pattern we call the seal. In this process it also damages the type and lines on the form. It can't help but doing that. You can see that in Exhibit 11 with the two examples on the top and bottom right and center. We should have seen this kind of distortion on the Obama COLB but we do not, which is just another indication that no embossed seal was ever on the Obama COLB. **This is the forth point of forgery** and proves that Savannah Guthrie never felt any embossed seal on the COLB she supposedly examined. It is also why the Mr. Pfeiffer and Robert Bauer did not let anyone else see the birth certificates they received from Hawaii which implicated them as being willing participants in the forgery and its presentation to the public.

The wrong form width proves their acquisition scenario false, the fifth point of forgery.

Case 2:12-cv-01880-JLR Document 2 Filed 10/18/12 Page 31 of 50

42      Paul and I had figured out the exact line length of the 1961 COLB forms measured from

the bold vertical line on the left hand side to the end of the line on the right side. The original line

length was 7-inches (504 points). The United State Treasury had made an agreement with the

copier manufacturers to make sure their B&W and color copiers did not reproduce exactly 100%

but slightly reduce the size horizontally and vertically by about 1-2%. I had received a copy of

Virginia Sunahara's death certificate from the Hawaiian DOH and it had a line length of 6.875-

inches which represents a 2% reduction, which is normal. The Governor and the director Fuddy

wrote that Mr. Obama's COLB was a direct copy "of the original Certificate of Live Birth" and

copied on a copying machine which had the green security paper in it. That means someone took

the book containing supposedly Obama's COLB and copied the original paper copy and copied it

onto the green security paper. The glairing problem is that the Obama COLB is 6.125-inches

wide which represents a 12.5% reduction and that is not a standard reduction from a copying

machine and there was no reason to reduce the size of the COLB. The reduced size was apparent

on all three copies (the reporters, Savannah Guthrie's and the PDF copy). The forger made the

COLB image width what microfilm copies would have been reduced to when printed out. What

they showed does not agree with what they stated in the news release and Fuddy's letter (Exhibit

8). This is definite proof their whole story is not true. The size difference is a point of forgery. It

also means the Department of Health is involved in the forgeries at a management level. I was

surprised they would make such a big mistake. **This is the fifth point of forgery.**

### Content Errors, the sixth point of forgery

43      The first content error is the age of the farther stated as 25 years old found in form box

10. This is not true. Barack H. Obama Sr. was 27 years old at the time of the birth. Exhibits 13

and 14 show both his Certificate of Eligibility and entry control documents that clearly show he

was born on June 18, 1934. That would make him 27 years old at the time Barack Husain Obama

Jr. birth. I believe I know who the researcher was who collected the information (I reveal his

31

name in the sealed affidavit) which was put on the birth certificate but that person only went to the Harvard University records (Certificate of Eligibility Student forms) that stated he was born on June 18, 1936 (Exhibit 15). I wondered why the father lied on those forms. After researching the requirements to be classified as a foreign student I found the following requirements: 1. Students of high school or college range; 2. Age between 14 to 26 years; 3. Good academic level (overall GPA of at least a C), and a few others. The father lied on his eligibility form because he had to show he was 26 or under to get into Harvard as a foreign student. The lie of the alleged father had caught the son. **This is the sixth point of forgery** on the COLB.

44      The second content error is found in form box 9 "Race of Father" which states "African. The federal and state coding for race did not include that word. The proper word would have been "Negro" (Figure 16). This is found in the CDC, Department of Vital Statistics, Instruction Manual of 1961 lists the description of the races.

- 11 -

Race of child (column 32)

    The codes for race of child are as follows:

        White (includes Mexican, Puerto Rican,
          and all other Caucasian)------------------------ 1
        Negro--------------------------------------------- 2
        Indian (includes American and Alaskan Indians)--- 3
        Chinese------------------------------------------- 4
        Japanese------------------------------------------ 5
        Aleut--------------------------------------------- 6
        Eskimo-------------------------------------------- 7
        Filipino------------------------------------------ 8
        Other nonwhite------------------------------------ 9
        Hawaiian------------------------------------------ 0
        Part-Hawaiian------------------------------------- V

    The code for this item is derived from the information given for
race of parents.  The race classification of each parent must be consid-
ered separately in coding the race of the child.

(3)  If the racial entry is "C," "Col.," "Black," "Brown," or
     "A.A.," "Afro-American," and the birthplace is the United States,
     consider the parent's race as Negro.  If birthplace of parent is
     not in the United States, code as other nonwhite.

Figure 16. The various acceptable race classifications used in 1961 by the Department of Vital Statistics and Hawaii.

32

*The Typewriter Evidence*

### Recreating the 1961 Hawaiian Certificate of Live Birth

45    The first step in analyzing Mr. Obama's Certificate of Live Birth (COLB) was creating our own original COLB and go through the copying steps that the Hawaiian Department of Health and the White House said they did. This section will further prove that their scenario of copying the original Obama COLB is false.

46    Since Paul and I did not have access to an original COLB so Paul typeset our own Obama COLB for forensic testing (Exhibit 16). The typefaces used on the original 1961 form were Futura book and demi for the top titles and Cheltenham Book but it was typeset using hot metal type from a Linotype machine which does not exist anymore. The forger probably did not have a blank form nor could the Department of Health (DOH) find a 1960s vintage blank form available so their next choice would have been to scan or copy an original COLB and give it to the forger. This is what I will prove happened. Paul used the ITC photo type version of these typefaces but they are slightly different from the hot metal version. The ITC version uses thinner horizontal lines than the hot metal version. That will be the only difference you will see in our recreation.

47    There is one thing that is standard with all typewriter forms and that is the line spacing (also known as leading). All typewriter line spacing is based on picas. Single line spacing is one pica or 12 points and double spaced is two picas or 24 points. There are 72 points to an inch. So when you set up the form you have to make the lines on the form two picas apart so all the typist has to do is put the paper in, set the margins and the first line and start typing. So I knew the lines on the birth certificate had to be two picas apart and I figured out the line length was seven inches long. I used this basic information to resize horizontally and vertically all the birth certificates presented to us for examination including the ones found on the internet. After Paul typeset our birth certificate form we both used our own typewriters to type in the text using nylon ribbons like the old manual typewriters used. Elite type has an escapement of 6 points and Pica has 7.2 points. Mr. Obama's birth certificate was typed using the Elite typeface.

The appearance of the typewriter type is not what it should look like, the seventh point of forgery.

48    I printed out our completed blank form at 1200 dpi (dots per inch) because that most closely resembled a printed original. The next step was typing in all the text that was on the Mr. Obama COLB using the Elite typeface and a nylon ribbon just as the hospital did back in 1961, Figure 17 shows the top of our form and what the original should have looked like if copied flat. Figure 18 is a magnification showing the fuzzy appearance around the typewriter letters which are caused by the ribbon and that is normal and what we should see.

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | | DEPARTMENT OF HEALTH |
|---|---|---|---|
| | | FILE NUMBER 151 | 61 10641 |

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒  Twin ☐  Triplet ☐ | 1st ☐  2nd ☐  3rd ☐ | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give Judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒  No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

Figure 17. This is what the Obama COLB should have looked like copied flat from the original.



Figure 18. Close up look at the typewriter type. The speckle marks around the type is caused by the typewriter ribbon and that is normal.

49     The next step was copying our original onto the security paper using my Canon Copier which uses a 1200 dpi CCD for the camera. I copied our COLB by placing it in a soft-bound book the same size as the DOH has so I could duplicate the same curve on the left-hand edge of the form. I also copied it on a Konica-Minolta Bishub 501 (scans at 600 dpi, prints at 600 dpi), a Xerox WorkCentre 5745 (scans at 600 dpi, prints at 1200 dpi) and a Canon ImageRunner Advantage (scans at 600 dpi, prints at 1200 dpi). The appearance of the grayscale on the left hand edge is created by using a bitmap process called *diffusion dither bitmap* pattern and each copier manufacturer has their own proprietary algorithm program for producing it. Figure 19 gives you a close up of what that looks like from my Canon copier. I compared the other copier outputs and they looked about the same. What was so important about this test was that I immediately realized that the white halo around all the type and lines on Mr. Obama's COLB, the reporters copy, Savannah Guthrie's and the PDF copy, could not possible be caused by the copiers. The experiment proved the algorithm that creates the diffusing dither bitmap cannot produce the white halo at all. What causes the white halo will be explained later.



Figure 19. A diffusion dither to create the effect of a halftone on our COLB.

50     At this stage I should have the same resolution quality that the Presidents COLB displayed, but remember Paul and I only had at our disposal the reporters' copy that was a copy of a copy and that was in turn scanned and put onto the news medias' web page. The best copy I

35

found was from 12newsnow.com (Exhibit 10) and it was scanned at 600 dpi and saved at 300 dpi and then put on their web site. So my next step was scanning our copy of the copy at 600 and 300 dpi to see what matched. The 600 dpi matched the reporters copy because of the size of the pixels. Figures 20 is an enlargement of a small section of our COLB and Figure 21 is the 12newsnow.com enlargement of the same section both at the same enlargement and resolution. As you can clearly see the form type is near the same in density and quality on both, but still the reporters copy it is not as sharp in appearance which may indicate that the Department of Health gave the forger a paper copy of an original rather than a high resolution scan. In other words their image may have one more copying stage. The typewriter type quality is much different and cannot be ignored.

Figure 20. Our COLB at 600 dpi copy of a copy of our test COLB.

Figure 21. 12newsnow.com at 600 dpi copy of a copy of the Obama COLB.

51      This test told us two important things. The first was that the forger was given one or more copies or scans of original paper birth certificates and the only one that would have them is the Hawaiian Department of Health. The form type quality is too good to have come from a

36

microfilm scan. The typewriter type did not look anything like what it should have been if it came from a copy of an original, so I had to perform another test. I had one of my service bureau customers microfilm our version of the COLB and then scan the finished microfilm both using binary (black & white) and grayscale and used the best resolution available in 2001. The test was done at different exposures. Figure 22 shows the black and white version and Figure 23 shows the grayscale sample. You can clearly see that the Cheltenham form type is no where near the quality that we see on the reporters' copy of Mr. Obama's COLB. The typewriter type on our grayscale COLB in Figure 23 still looks better than Mr. Obama's typewriter type. On Figure 28 and 29 I compared the type quality between our COLB after it was converted to a PDF and Mr. Obama's PDF of the COLB.



Figure 22. Our sample COLB and scanned in binary or black and weight mode.



Figure 22. Our sample COLB from a microfilm copy and scanned in grayscale mode.

52      We have a printout of a scanned copy of Virginia Sunahara's death certificate (Figure 23). The typewriter type on her certificate looks better than Mr. Obama's.

Figure 23. Text from Virginia Sunahara's death certificate which is a copy from a scan.

53    The reason Mr. Obama's typewriter type has holes in it and appear quite degraded compared to our COLB or Virginia's death certificate is because of a scanning process called thresholding. When you convert a grayscale image to a binary (black and white) image the program will ask you what thresholding setting you want. If a pixel is a light gray and the threshold setting was set too high, the conversion process will replace the gray pixel with a white pixel. It does not matter if the forger was working from microfilm or direct scanned copies; the results would be the same. Our conclusion is the forger must have used letters and whole words from microfilm and scanned copies of birth certificates and the wholes in the typewriter type are the results of the thresholding during the conversion process from grayscale to binary. The typewriter type appearance on the COLB is not what it should look like. It also shows that the forger received copies or scans from the Hawaiian Department of Health because they are the only ones that posses access to the original birth certificates.

54    You will also notice from the reporters copy in Figure 21 the green safety paper background disappeared, that is because most copiers use a green wavelength light source which will act as a dropout color. **The seventh point of forgery** is that the typewriter type appearance on the COLB, with holes and notches in the letters, are not what it should look like.

38



Figure 24. Reporters copy    Figure 25. White House PDF copy.    Figure 26. Savannah Guthrie's copy



Figure 27. Our COLB showing no white halo.

**The use of Unsharp Mask, to create the white halo.**

55      The next unusual item we noticed is the white halo around all of the type and lines on the Obama form. Figure 24 shows the upper left hand corner of the reporters' copy. Figure 25 is the White House PDF copy and Figure 26 is the picture Savannah Guthrie took. The first two clearly shows the white halo on both sides of the lines and the type. Even Savannah Guthrie's picture shows the faint white halo. Figure 19 and 27 shows our COLB but shows no halo around the type. The Obama COLB is the only birth certificate we have seen that shows the white halo.

56      The unsharp mask feature is found in Adobe Photoshop and Illustrator and what it does is sharpen up the type or images by removing a few pixels surrounding it and replacing it with a

white pixel. A graphic artist would use this feature if the edges of type were hazy or speckled and that is what I believe the forger did in this case with the fuzziness around the typewriter type caused by the ribbon and also just bad copies given to her.



Figure 28. Our recreated COLB PDF what the White House PDF should have looked like.



Figure 29. The White House COLB PDF clearly showing the white halo caused by unsharp mask feature in Photoshop and a color shift in the green security paper.

57      The Obama COLB should have looked like what our PDF version of the COLB which is Figure 28. Figure 29 is the same section but of Obama's COLB PDF. You can clearly see the white halo around all the type and lines on Obama's COLB. The file size of our optimized PDF version was only 371k and the Obama's COLB PDF was 376k.

**The Forgers Deliverables**

58      In order to understand the appearance of the white halo problem on all the Obama COLBs you have to think in terms of the deliverable the forger had to create and give to the Department of Health. The forger delivered four forgeries. The first one was a Certificate of Live Birth on white paper just like the hospital would have delivered to the Department of Health (DOH) back in 1961. The second deliverable was two 8½ by 11 inch printed finished COLBs

40

with the green security paper image already on the COLB along with the registrar's stamp and a latent image of the round DOH departmental seal. To be clear on this, the image of the COLB was not printed on legitimate security paper but was rather just an image of the security paper along with the COLB. The third deliverable was the PDF copy of the COLB which was done in haste. It was based on the finished product in stage two with major changed on the type quality from stage one. The fourth deliverable was another PDF copy done in June of 2012 for a legal case they had in Mississippi. The DOH lawyer was Mr. Tepper so I will call that PDF the Tepper document which will be covered at the end of the affidavit.

### Unsharp Mask Feature and the White Halo and why it showed up on the second forgery deliverable.

59      The question is: Why is the white halo from unsharp mask on the second deliverable? Figure 30 is what our COLB looks like after I applied unsharp mask. Figure 31 show the settings I used to match what the forger did comparing it to the same section of the COLB. There was no escaping the fact that unsharp mask was used on the Obama COLB. This is proof of computer manipulation of the Birth Certificate. The use of unsharp mask gives it away that the document was a computer generated forgery and the use of unsharp mask is proof of forgery.



Figure 30. Our COLB with unsharp mask applied to the image.



Figure 31. The settings used to create the unsharp mask displayed in Figure 25.

60     The reason why the forger used unsharp mask and why it is visible on the second deliverable was because the first deliverable was only to match a white hospital COLB form that the DOH gave to the hospitals to fill out after a birth had occurred. In that instance the white halo would never show up. What I believe happened is the original assumption was that the first forged deliverable form would have been used by the Registrar and just copied on their DOH copier onto the green security paper and then the Registrar would stamp it with his embossed metal signature stamp, date it and then apply the round DOH seal to it and then deliver it to Judith Corley. But that didn't happen. Evidently someone in the Registrar's office got cold feet and would not put the real stamp or the DOH round seal on it so the forger had to take her first deliverable with the white halo on it and transfer it to an image of the green security paper and then put a mocked-up Registrar stamp (with deliberate errors on it, which I will explain later) along with a faint image of some round seal and a date stamp. The image file I believe was printed on an 11 by 17-inch ink jet printer and then trimmed down to the finished 8.5 by 11-inch standard paper size. Since all three exhibits of the Obama COLB exhibit this white halo that would indicate all of them were produced from the same computer file and proves computer manipulation and origin of the COLB. Proof of computer manipulation to generate the COLB is **the eight point of forgery**.

42

**Color Shift and the 150 DPI of the green security paper. This is the ninth point of forgery.**

61      There is a color shift seen comparing our COLB (Figure 28) and the Obama PDF seen in Figure 29. There should not have been very much of a color shift between our copy and the White Hoses' copy because I used the exact same security paper. Most publishers use Adobe Acrobat to transmit a composed book or magazine to the printer because Adobe keeps all the color information the printer needs to accurately reproduce the pictures. A color shift difference can be caused by the forger calibrating her scanner different than the factory default settings, which are usually correct. The other reason for the color shift could be due to adjusting the color so the output on the color printer matched the same color of the security paper. This is what I believe has happened here.  There is also a degraded appearance in the security papers design due to applying sharpening features and reducing the resolution of the green security paper down to 150 dpi. This is all evidence of computer manipulation and is **the ninth point of forgery**.

**Creating a Grid to Analyze the Type and the Basic Standards for Typewriters**

62      The function a typewriter does very well is placing a letter exactly in the same place every time as seen in Figure 32. There are two different typeface standards used in typewriters. The first is called *Elite* which measures 12 letters per inch and the other is called *Pica*, which are 10 characters to the inch. The typewriter letter spacing will always be the same even if one of the metal type arms is slightly bent, it will always hit in the same exact place every time. If a document has letters that are inconsistently place on the document that would indicate a cut and past job and indicating a forgery.

43

aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa

Figure 32. An example of exact even letter spacing, line spacing from a 1960s vintage typewriter.

63      I will be extensively referring to typographic terms to explain what I found so let's start out with the basic units of measure. I will be using the terms picas and points extensively. There are six picas to an inch and each pica is divided into 12 points. So there are 72 points to an inch. The spaces between lines are called leading. Typewriters use 1 or 2 picas for the line spacing. The width of a letter is called escapement and an Elite typeface has an escapement of six points and this is the typeface that was used on Obama's COLB. Exhibit 17 shows our COLB form and the Elite typeface from my typewriter fitting the six point grid from the beginning to the end of the line. Also notice each line of typewriter type rests on the gird lines as it should. I used the grid feature in Adobes' Photoshop program to place over the COLB and all the Obama copies but focusing on the reporters copy.

**Typewriter line spacing is inconsistent, the tenth point of forgery.**

64      Before the era of computers and laser printers, forms were designed with the typewriter in mind. First it will always have the same leading line after line. A single line space will always be one pica and double spaced will be two picas (24 points). So when form designers and typesetters created these typewriter forms, they had this in mind. Line spacing is accomplished by a typewriter by a notched gear at the end of the platen (Figure 33) so the leading is always consistent and becomes a standard to look for on a forgery if we see the typewriter leading change that will indicate a forgery if it cannot be logically explained.

44



Figure 33. 1960s era manual typewriter showing how it creates the uniform line spacing.

65    The first task was deciding where to place the grid on Obama's COLB. The first line of

type is Obamas' full name but it was six points more than the two pica spacing, but I could

understand why. It was larger because box 1a has a height of three picas and the typist could

have just started typing and only adjusted the next line after the name was typed in. So I ignored

that leading problem because there was a good explanation. I set the grid to the type on the box 2

line (**Figure 34**).



Figure 34. The left side of the first four lines of the Obama COLB showing leading problems from line 2 to box 7a.

45

66      As you can see by the next line the word Honolulu is one point above the baseline. By line 6c the name of the hospital is three points above the baseline. On the next line in box 7a the city is one point above the baseline. Figure 35 shows the right side of the same lines. The first line started out on the baseline but by the time it got to the month, day, year and time it was all off. August is one point above the baseline but the year and time is already one point below. The "X" on the box 6d line is one point below the baseline but the words just before it is three points above.

| | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|
| th e | August | 4, | 1961 | 7:24 P. |
| | | 6b.  Island | Oahu | |
| lress) | 6d.  Is Place of Birth Inside City or Town Limits? If no, give judicial district | | | |
| 1 | Yes ☒   No ☐ | | | |
| l Oahu | | 7c.  County and State or Foreign Country Honolulu, Hawaii | | |

Figure 35. The right side of the first four lines of the Obama COLB.

67      Figure 36 shows the next four lines of the form. You will notice line 7d is two points above the baseline even though the line above was on it. Lines eight and ten are at least consistent both being one point above the base line.  When I examine the right side of the same lines in Figure 37 we see that by box 7e the "X" is one point below the baseline, a change of three points down. The type in box 8 Shown "BARACK" one point above the baseline but "HUSSEIN" starts creeping up to a little over 1.5 points. Box 9 "African" also does not match up to the type in box 8. There is no reason it should have changed. The type in boxes 12a and 12b display a one point difference with "University" on the baseline.

46



Figure 36. Right side of Obama's COLB showing lines 7d to 10 with inconsistent leading.

Figure 37. Inconsistent leading on right side for lines 7 to 12b.

68      The last typewriter lines are shown on Figure 38. Again you see inconsistencies between

the three lines. They should all be the same leading but they are not. All of these leading

variations are a very good indication that the document is a forgery and that the forger either did

not know the basic features of a manual typewriter or just didn't think anyone would care about

the line spacing. **This is the tenth point of forgery.**

47

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. |
|---|---|---|
| 25 | Kenya, East Africa | |

| 13. Full Maiden Name of Mother | |
|---|---|
| STANLEY | ANN |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. |
|---|---|---|
| 18 | Wichita, Kansas | |

| I certify that the above stated | 18a. Signature of Parent or Other Inf |
|---|---|

Figure 38. The left side of the last typewritten lines of the form.

**Flush left margin type, the eleventh point of forgery.**

69      All typewriters start the line at the set left-hand margin. When a typist hits the carriage return lever the carriage will stop at the left-hand margin every time. The problem with the Obama COLB is only three of the line starts at the left-hand margin and none of the three start at exactly at the same place. Figure 39 shows the left-hand margin of the Obama COLB showing that the first three lines do not mach up. Figure 40 shows a close-up without the empty lines. The word "Male" looks like it was placed on the form without consideration of using the grid but the other lines were. This is a big mistake the forger did because the rest of the lines more or less fit into the one pica grid, which should hold two letters. You can see that even using the excuse of the curved page does not explain what we are seeing because all the lines have about the same amount of curvature. Also notice the text from lines up just fine so the cure is not the reason why the work "Male" is too far to the left. Regarding the age "25" in box 10, I will assume the typist was trying to center the number in the box so I'll say that is OK, but when we come to the next line why did the typist indent one spacebar?

48





Figure 39. Left hand margin of Obama's COLB.   Figure 40. Close-up of Obama's COLB left hand margin.

70     I had acquired twelve other legitimate COLBs dated 1957 to 1967, which was the period that the Department of Health used this particular form. Figure 41 shows the left-hand margin of six of them. You will notice three of them are from the same Kapiolani hospital that supposedly Obama was born. Notice all these examples show the proper left-hand margin with the words lining up.

71     I found seven of the nine lines on the Obama birth certificate had words that were on the same baseline, but words on the same line did not align with the rest.  This is also impossible for a typewriter unless the typist were to release the roller (platen) and adjust the position up or down manually. There would be no reason for a typist to do that in the middle of typing a line. You will also notice that all of them have consistent line spacing. The irregular line spacing on Mr. Obama's COLB proves forgery and shows that no typewriter did it. The Obama COLB most

likely was created as a result of the letters being positioned by eye on a computer monitor using Adobe Photoshop.



Figure 41. Six other COLBs from the same period of time all with proper left-hand margins.

72    Of the twelve legitimate COLBs I acquired from Hawaii none of them illustrated the same left-hand margin inconsistencies as Mr. Obama's COLB does.  **This is the eleventh point of forgery**.

### Dancing Type, lower case letter found above the baseline, the twelfth point of forgery

73    Paul and I noticed that some lower case letters were not on the baseline and some capital letters were above the baseline so he did an experiment. The test involved applying different pressures on the shift key used to go from lower case to upper case (Figure 42). The way it works is the entire mechanism holding the keys moves down when the shift key is held down causing the cap letter to strike in place of the lower case letter because both characters are on the same key and type arm. This test established that lower case letters can only go below the baseline and the capital letters can only go above the baseline.

50