iiiiiiiiiiiii... ‾‾‾‾±±±±±±IIIIII

Every time I typed on the
"I" key I pushed the shift
key down a little more until
the lower case "i" faded out
and the cap "I" came down a
little more. This established
that a lower case letter can
only be **below** the baseline
and a cap letter can only be
**above** the baseline.

Figure 42. Shift key test showing that lower case letters can only go below the baseline.



Figure 43. Examples of lower case letters above the base line on the Obama COLB.



Figure 44. Examples of lower case letters above the base line on the Obama COLB.



51

13-CV-01880-AF   Pg. 51-72



Figure 45. More examples of letters above the baseline that should not be.

74      If the typist does not press the shift key down completely before the letter is struck the result would be a capital letter a bit higher than the baseline of the word. Also less common would be when a letter was typed before the shift key was fully released that would cause the following lower case letter to be lower than the baseline. Once Paul had established that rule we both decided to check the baselines of everything on the certificate to see if any cap letters were below the baseline of a word and if any lower case letter was above the baseline of a word. Figures 43, 44 and 45 show nine lower-case letters marked with arrows that were above the baseline of the words. This by itself proves forgery because that is absolutely impossible for any manual typewriter to do that because the mechanism does not allow it. **This is the twelfth point of forgery.** I found no caps that were lower than the baseline.

**Word spacing problems, the thirteenth point of forgery.**

75      A typewriter will place letters in exactly the same place (escapement) every time because there are mechanical stops that are spaced every six points apart the entire length of the carriage. The tab set and the space bar uses these stops to know where to start the next letter or word. That means if you start a typed line the letters and words have to be located at one of those stops. If you find that words at the beginning of a line are not fitting in the six point grid with words at the

end of the line then it means the document is a forgery, if an alternate explanation cannot be found. I have found no alternate explanation for this spacing problem on Obama's COLB.

76    The Obama COLB did not fit the six point grid when the form was correctly sized to actual (Exhibit 18). Both of us tried but could not do it. If I set the grid to the type on the left hand side I could get the vertical type to line up but past that the type was progressively getting shorter. Figure 46 shows you a small section of the problem I was facing.



Figure 46. A six point grid showing the type being slightly compressed and not fitting the grid.

77    I had ample legitimate samples of microfilmed birth certificates from other people which I had sized and the letters fit the grid perfectly and some from the same hospital that most likely used the same typewriter. Figure 47 is some lines from a 1960 COLB from a different hospital in Hawaii. You will notice that all the words from the beginning of the line to the end fit within the six point grid.



Figure 47. A 1960 Hawaiian COLB with the words on the entire line fitting within the grid.

78    The next step was expanding the line width until I found what width made the type fit the grid. I had to expand the width to 521 points (7.2-inches) to make the text and letters on the left side and the right side fit the grid (Figure 48). The problem was that the words in the middle did

53

not fit. They stretched too far to the right. The next question is why is this so badly sized? There could be two explanations for this problem. The first being the forger could have been fooled by the sizing of the microfilm copies and did not figure out the correct line length of the form. The forger may not have cared and thought no one would notice. The other explanation is if the forger was working with a smaller monitor and when she moved from the left side of the form to the right side she accidently moved the image off the grid a few points and didn't notice it. This kind of mistake is easy to do. These are the only explanations I can envision why the type doesn't fit the grid along the entire line. The miss alignment starts past two inches from the left that would not fit the grid. At this point it is not necessary for me to go through each line of the form; the errors seen on Figure 48 and Exhibit 18 are self evident.



Figure 48. The Obama COLB stretched to 221 points so the left and right words fit the grid but the middle words do not.

79     Another example proving our conclusion is whole words that the forger did not have to piece together, common words like "Honolulu" and "Gynecological" that were on other COLBs. Figure 49 and 50 are some examples from the 504 point correct adjusted reporters copy. As you can see these words do not fit the grid and are slightly compressed, but after expanding the line to 521 points these words fit the grid. You will also notice that number 3 "Honolulu" has

different letter spacing for the "o" and the "lu" than the other two. A form that was typed with a single typewriter cannot have two different letter spacing on the same repeated word. This is a further indication that #3 was hand pasted together. A definite proof of forgery.



Figure 49. Form sized to 504 points but the last few letters start moving to the left.



Figure 50. Form sized to 504 points but the last few letters start moving to the left.

80      Figure 51 shows all the typewriter words on the form. You will notice that some of the words fit the grid and other do not, thus indicating that there is nothing wrong with the grid size in relation to the form but that some of the words were sized wrong when the forger placed them on the form.

| | |
|---|---|
| Male | BARACK |
| August | HUSSEIN |
| Honolulu | OBAMA, II |
| Oahu | BARACK |
| Kapiolani | HUSSEIN |
| Maternity & | OBAMA |
| Gynecological | STANLEY |
| Hospital | ANN |
| Honolulu | DUNHAM |
| Oahu | |
| Honolulu | Africa |
| Hawaii | Student |
| Kalanianaole | University |
| Highway | Caucasian |
| African | Wichita, |
| Kenya | Kansas |
| East | None |

Figure 51. All the form words placed in a 6 point grid. Some words and letters fit and some do not.

**The Problem with Punctuation, the fourteenth point of forgery.**

81      The forger also misplaced commas and the "X" in some of the boxes. Figure 52 show the
spacing of all the commas and Figure 53 shows the problem with the "X" boxes.

56



Figure 52. Punctuation problems with only #1, 3 and 5 are in the same location, numbers 2 and 4 are not.



Figure 53. The "X" on line one does not fit within the grid.

82      Typewriter word spacing is so basic to forensic examination and testing that this word spacing problem alone renders Mr. Obama's birth certificate a bad forgery. **The punctuation error is the fourteenth point of forgery.**

**Kerning of Letters, the fifteenth point of forgery.**

83      The term *kerning* means to bring together two letters that would appear to far apart if set without kerning. Typesetters would do this with letter combinations such as TA, To and LT, etc. The point being manual typewriters cannot do kerning. The only way it can appear is if a key is bent to the right or left and appears to have been kerned next to another letter. The following examples in Figure 54 show type that are kerned or touching, which they should not be. For all of these letters I examined all of their occurrence on the form, including the corresponding capital letters, and found they were not bent keys.

57

# yn aw ay tu ny an ty Gyn

Figure 54. Kerned or touching letters.

84      What this again indicates is that the forger hand placed letters to build words but did not pay much attention to the placement of the letters within a grid. **This is the fifteenth point of forgery.**

**Letter Spacing, the sixteenth point of forgery.**

85      We refer you to Figure 32 which shows part of a page of lower case letters showing that a typewriter will place letters always in the exact same location every time. Paul and I both did the letter spacing analysis and found ample proof that the letters in most of the non-common words were pasted together, commonly known as a "cut and past job" even though nothing is actually being physically cut. Its all done in Photoshop. Figure 55 shows a column of "a" with a single grid box so you can see how the letters changes placement from one "a" to another. This is further proof of hand placement of letters.

86      I decided to stack some of the letters with the words containing them and place them in the six point grid so you can see that various letter placements in relationship with the whole word. Figure 56 shows the letter "a", Figure 57 displays the letter "c", Figure 58 shows the letter "e" and Figure 59 shows the letter "l". I set the six point grid to the first letter in the word.

| OBAMA PDF | OBAMA HANDOUT | OLIVETTI TYPED |
|---|---|---|
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |
| a | a | a |

Oahu
Kapiolani
Maternity
Gynecological
Hospital
Oahu
Hawaii
Kalanianaole
Highway
African
Kenya
East
Africa
Caucasian
Wichita
Kansas

Figure 55                              Figure 56, "a" stacked vertically

Figure 55. All the letter "a"s from the Obama COLB showing the uneven placement of the letter.

Figure 56. The stacked "a" shows variations of where it was placed but it did not matte when in the word.



Gynecological
African
Africa
Caucasian
Wichita

59

Maternity
Gynecological
Kalanianaole
Kenya,
Student
University
None

Figure 57, "c" stacked vertically shows variations of where it was placed.

Figure 58. "e" stacked vertically shows variations of where it was placed.



Honolulu
Kapiolani
Gynecological
Hospital
Honolulu
Honolulu
Kalanianaole

Figure 59. The stacked "l" shows variations of where it was placed and different fonts for the same letter.

87    The next analysis I performed was to compare two letter combinations to see if they were consistent. Figure 60 shows seven such letter pairs and they all seem to have different spacing. You will also notice that we are looking at multiple fonts for the same letter, which of course is impossible on a typed form unless it was a cut and pasted from more than one form and different

60

typewriters. The common words copied to the COLB had no such letter spacing problems and were consistent. A typewriter does not have a mind of its own to decide which words it will randomly space letters and on others which it won't.

88    It is assumed that a major hospital in a major city that might do over seven births in a day would have a faulty typewriter and not fix it or replace it immediately.



Figure 60. Nine letter pairs showing different letter spacing and multiple fonts for the same letter.

89    My results show that letter spacing throughout the entire document is the result of a cut

61

and past job except for some very common words that were lifted from other COLBs. Letter spacing errors are **the sixteenth point of forgery.**

**Multiple Type Faces, the seventeenth point of forgery.**

90      A typewritten document will only have one typeface and size displayed on it. If an examiner finds two or more different typefaces or sizes for the same letter it is a clear sign the document had been forged. This section will show the different letter designs I found on the Obama COLB, further proving it is a forgery and obviously should never happen. Some of the type was taller and some wider than normal elite typeface so those must have been pica typefaces. Either the forger did not know the difference or was working with a condensed microfilm copy and didn't see the difference. I have proven earlier that the forger was using copies from other microfilm COLBs but didn't size the form correctly.

91      I am sure the forger took letters and whole words from other COLBs but the forger did not think that different hospitals used different typewriters that would have different type fonts.

92      The reason different typewriter manufacturers created their own typeface designs were so they did not have to pay royalties to another company. Many times the design change was very slight but as long as they changed it a little they do not have to pay royalties. Sometimes I saw the design change was very slight but as typographers we both noticed the difference. Because I was also working from degraded images of the type I was very forgiving and if the difference could be explained, I passed on it. I made my observations by enlarging the images within Adobe Photoshop.

93      Figure 61 shows two different capital "H" in the document. The Letter "H" shows up nine times. #1, 3, and 4 are slightly slanted to the right indicating a bent arm in the typewriter. The rest of the "H"s are normal.



Figure 61. Two different "H" typefaces, one with a bent slanted H.

94     Figure 62 shows sixteen different fonts with two or more different typefaces or sizes. Some of these differences are very slight and some are very noticeable. Sometimes the difference is only the serifs at the end of the letter and other times it is a complete redraw. The result being I found sixteen examples of different letter designs used on the same form using the reporters' handout copy. The letter "W" is much wider than the rest and does not fit in the six point grid. It could have come from a pica typewriter and not elite. This is a separate point of evidence of forgery.



Figure 62. Examples of two different typefaces or sizes for the same font.

95     Figure 63 shows an example of rotated type. This is a very special case and you will find out why the forger rotated the "e" in "Male" 6.7% in box 2. All the other lower case "e" are normal. This is an obvious sign of a forged document but there is a reason the forger did it and is explained in the sealed affidavit.

63



Figure 63. The "e" on the left was rotated 6.7% deliberately.

96      Finding sixteen different typewriter fonts or size differences on the same form is of course impossible if only one typewriter is used. To find this on any document only means one thing, this document is a forgery. **This is the seventeenth point of forgery.**

**Miss Alignment of type baseline to the forms lines, the eighteenth point of forgery.**

97      The next point of forgery is caused by the fact that the form was not perfectly flat on the glass then the forger scanned it so some of the lines are slightly curved up on the left-hand side starting from box line 7a down to about box line 13. The difference is only about 1.5 points overall. The problem is that the typewriter line is straight but the form line below slightly curves down so we see a half to one point difference where there should be no difference. Figure 64 shows the difference in the three lines. What we should be seeing is the typewriter line following any curves in the paper as we do on the left-hand top edge of the form. I did not go to the end of lines 8 and 10 because that type was already not pasted down on the same baseline as the left side of the form so I used type in the middle where the difference was not as great but was still noticeable. **This is the eighteenth point of forgery.**

Line 7a     Honolulu Hawaii

Line 8      HUSSEIN OBAMA

Line 10     East Student

**The Registrar's Stamp, the nineteenth point of forgery.**

98      Both the Registrar's stamp and the DOH seal are made of metal. The Registrar's stamp is not a rubber stamp or a self inking stamp commonly available.

99      State and Federal statutes make it a crime to forge or alter the birth identification number (the State File Number), the registrar stamp or the Department of Health round embossed seal. Altering any one of these or forging one is a federal crime under subsection Title 18, section 506 (a)(3).

100      After I resized all three copies of Barack Obama's COLB to the correct actual size I noticed that the date and the Registrar's stamps appeared to be in exactly same place (Exhibit 19). When I finally got original COLBs I immediately saw that both the registrar and date stamps are two separate embossed stamps and there was no chance of two COLBs having these two hand embossed stamps in exactly same location. I had multiple originals and copies of these certificates and no two were exactly the same. I then created a clear overlay from the Exhibits and saw that the line spacing was the same on all three. From this study it became obvious that all of Obama's COLB copies came from a common origin. The white halo around all the type on the registrar's stamp should also not be on a photocopy. Another cause for suspicion is that the date stamp and the registrar stamp are both too straight on the paper and there is no good reason why it should be that way. These are two hand stamped elements and there is no reason they should be made straight. None of the other originals and copies of COLBs were like that. That is an indication that they were manually placed in Photoshop and made straight.

**Errors on the Registrar's Stamp**

101      Figure 65 shows the Registrar's stamp on the PDF copy and the reporters copy. I have also included an enlargement of the "TXE" error. As I mentioned the Registrar's stamp is a metal embossing stamp and we can assume was produced by a professional stamping company that

makes seals. The seal is first typeset and would not have any line spacing or poorly made letters on it before it would be cast in metal. I found the following errors on the Registrar's stamp that should not be there but was put there deliberately and the reason will be explained in the sealed affidavit.



Figure 65. The Registrar's stamp on Mr. Obama's COLB from the reporters and PDF copy.

102     The first error is the damaged letter "H" in the word "THE" in the second line to look like "TXE." The second point is the italic script $\mathcal{E}$ found under the capital "$\mathcal{a}$" in Alvin (Figure 66). The third item is a line deliberately put on the script "n" in the word Alvin. Figure 67 shows a close-up of what I found. The forth item is the white halo around all the type on Onaka's stamp. The white halo is created by the feature unsharp mask mentioned before.



Figure 66. Close-up of the script "$\mathcal{E}$" under the "$\mathcal{a}$".



Figure 67. Close up of the short line placed on the "n" in Alvin.

103     Everyone should understand that NO professional stamping house, whether rubber or

metal stamps or seals, would make these mistakes. It's not professional and just would not happen especially if the company knew the stamp or seal was for a government agency that would be used hundreds of thousands of times in an official manner. So what you are seeing is impossible and not believable! **This is the nineteenth point of forgery.**

104    I have other copies of the same registrar stamp (Figures 1 and 68) but they do not display the same errors on them even though they are both forged. The first shown (Figure 68) was stamped on March 15, 2011, which is just 41 days before Mr. Obama got his and it uses the same exact registrar stamp. Figure 69 is an enlargement of the same stamp. The line on the script "n" is not present. There is no script $\mathcal{E}$ found under the capital "$\mathcal{a}$" in Alvin. The "H" in "THE" is just perfect and there are no color density differences of the type in that area. There is no evidence of the halo around all the type. All four of the errors only showed up on Mr. Obama's COLB.

105    When I look at the registrar's stamp on Obama's short form dated June 6, 2007 (Figure 1) the stamp has no such aberrations even though I wrote it may also be forged because of the ink density problems.



Figure 68. The Same Registrar stamp from a different forgery received just 41 days before Mr. Obama got his but with different errors on it but not the same as Obama's.



Figure 69. Close up of the registrar stamp from the same time period with no line across the "*n*" in Alvin,

the "H" in THE does not look like an "X" and there is no script "*E*" under the "*a*."

106    I was wondering how an embossed metal stamp that produces recessed type could leave

an inked impression. I figured it out by using my biological microscope and examined the three

genuine certificates I got from the Hawaiian Department of Health (**Figure 2**). I examined the

registrar's stamp under different magnifications and discovered the black was not caused by ink

of any type because it did not seep into the cotton paper. The black specks and flakes were on the

surface and sticking to the surface cotton fibers. The way the DOH makes the date stamp and

registrar stamp visible is with using something like a carbonized ribbon over an inch wide. I

personally know that Ricoh sells this type of wide ribbons so I know they do exist.

**JBIG2 lossless Compression, the twentieth point of forgery.**

107    I have not focused on the PDF copy of Mr. Obama's COLB because there was almost no

chain of custody for it and I also thought that it was only intended to create confusion and also to

hide the bad letter spacing and multiple type faces. The forger used JBIG2 compression in

creating the PDF. It did succeed in rendering the type analysis useless on the PDF copy. I will go

into it here because the very use of it helps prove the intent of the forger to hide some of her

mistakes and deliberate errors she added to the COLB.

108    JBIG2 compression was developed to provide a compression that would produce a one-

third to one-fifth file size over standard compressions. What it does is pattern match and replace

with a smaller code that matches the pattern found in the programs library. It is not really OCR (optical character recognition) its bitmap pattern matching. The way it works is the program creates a library of similar bitmapped patterns it recognizes while analyzing the page. Let's say it see a pattern that is an "o." The next time it seen the same pattern, within a certain error range, the program replaces that pattern with a small code representing that "o" pattern. It does this with as many patterns it can match up. The output file can be much smaller because it does not have to actually repeat a lot of similar bitmapped letters. The problem with this system is that it ruins the ability to make individual letter comparisons for forensic examination. That was the reason the forger went through the extra steps to use JPEB2 output. What ruined it for the forger was that the White House used one of the two high resolution copies they got from Hawaii, to make the copies for the newsman for the Wednesday morning news conference. That is the only reason Paul and I got a high resolution copy to examine. Figure 70 shows some of the repeated letters I found on the Obama PDF. You will notice all the similar letters have exactly the same bitmapped image. That is the tell-tail sign if JPEG2. Figure 71 is my test from our PDF.



Figure 70. Examples of duplicate letters caused by JBIG2 compression on Obama's COLB PDF.



Figure 71. Examples of duplicate letters caused by JBIG2 compression on my test COLB PDF. There

109    I want to state now that I was able to replicate the layers that appeared on Mr. Obama's COLB PDF. What I learned from doing it was that the forger had to go through an additional four steps to convert the type using JBIG2 compression and she had to use two programs to do it. The use of JBIG2 compression is **the twentieth point of forgery**.

**The Tepper Document**

110    The attorney Orly Taitz had a lawsuit in Mississippi against the Mississippi Democratic Party. The Lawsuit was filled some time in May 2012. The defendants' attorney was Scott Tepper from the Law Firm of Garfield and Tepper of Los Angeles, CA. Because of this lawsuit the attorney Tepper wrote a letter dated May 25, 2012 to Loretta Fuddy, Director of the Hawaiian Department of Health, requesting her to verify the existence of Mr. Obama's COLB at the Hawaiian Department of Health. He had attached a PDF copy of the original White House PDF COLB to his letter and he also filed it with the court which had a filling date of May 4, 2012. That copy of the PDF COLB looks just like the one that is on the White House web site and it matches what we also have. Alvin Onaka was then gave the job to answer Mr. Tepper which he did in a Verification of Birth letter dated May 31, 2013 (Exhibit 20). Onaka in his letter states ". . . reviewed by me on the date of this verification, a copy of which is attached with your request, matches the information contained in the original Certificate of Live Birth for Barack Hussein Obama, II on file with the State of Hawaii Department of Health." Onaka used a signature stamp instead of signing the letter but he initialed the stamped signature wit "ATO" indicating he stamped. The legal old seal was then embossed over his signature certifying it was him. Mr. Tepper after receiving Alvin Onaka's file and new PDF file then modified his May 4, filing on June 6, 2012 and attached the new PDF of the COLB just received from Alvin Onaka.

111    The one big problem was that the new PDF COLB was changed. It was modified by globally changing the color to be much lighter and greener in appearance (Exhibit 21). The reason they did that was to hide the white halo around all the type and lines. They knew it should

not have been there and they couldn't explain it away. We already explained how the white halo was created by using unsharp mask. By globally increasing the green value on the image it almost completely erased the white halo as seen on Exhibit 21. Paul and I were able to replicate the same effect using Photoshop. Figure 72 shows our results and Figure 73 shows the settings we both used to get these results.

**TOP OF OUR VERSION SHOWING STEPS TAKEN TO MATCH**

Figure 72. Our results to match the Tepper PDF COLB.



Figure 73. The settings used to replicate the same appearance of the Tepper PDF COLB received from Alvin Onaka.

112     The altered Tepper COLB from Mr. Onaka proved several things that are very important.

71

The first is that the only way to alter the color, hue and saturation levels of the image is within Adobe Photoshop. You cannot do it using only Acrobat because it does not have these settings to adjust the color. So we must conclude that someone at the HDOH had to have local access to the forger and had the forger of the previous delivered forgers modify the color settings in the original file and create a new PDF COLB file which the forger delivered back to someone at the DOH. This was the fourth deliverable that I wrote about earlier. This shows another direct connection between the forger, the previous forgeries and the Hawaiian Department of Health.

113     Since Dr. Alvin Onaka did not directly sign the letter but only a signature stamp was used, we really do not know if Dr. Onaka signed it even with the initials after the name but since the Department official seal had been stamped over his name it would lead everyone to that conclusion. This may just be one more attempt at plausible deniability on the part of the registrar but that will have to be investigated by a Federal Grand Jury but it still does not release the Department of Health from officially being involved in the forgeries.

114     Conclusion and request for order of discharge from 18 U.S.C. §4 and 18 U.S.C §2382 obligation and referral of evidence to grand jury.

Further Affiant Sayeth Naught. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October ____,   2013                Douglas Vogt

12819 S.E. 38th Street, #115

Bellevue, WA 98006

Telephone number: 425-643-1131

Email Address: doug@vectorpub.com

By: _____

Signed before me Josh M. Ginder
Notary Public state of Washington
10-17-2013



72