**Exhibit 1**

## CERTIFICATION OF LIVE BIRTH

STATE OF HAWAII
HONOLULU



DEPARTMENT OF HEALTH
HAWAII U.S.A.

CERTIFICATE NO. 151 1961 01064

CHILD'S NAME
BARACK HUSSEIN OBAMA II

DATE OF BIRTH
August 4, 1961

HOUR OF BIRTH
7:24 PM

SEX
MALE

CITY, TOWN OR LOCATION OF BIRTH
HONOLULU

ISLAND OF BIRTH
OAHU

COUNTY OF BIRTH
HONOLULU

MOTHER'S MAIDEN NAME
STANLEY ANN DUNHAM

MOTHER'S RACE
CAUCASIAN

FATHER'S NAME
BARACK HUSSEIN OBAMA

FATHER'S RACE
AFRICAN

DATE FILED BY REGISTRAR
August 8, 1961



13-CV-01880-EXH   1-2 1

OHSM 1.1 (Rev. 11/01) LASER

This copy serves as prima facie evidence of the fact of birth in any court proceeding. [HRS 338-13(b), 338-19]

ANY ALTERATIONS INVALIDATE THIS CERTIFICATE

THERE IS NO
EXAIBIT 2
d. Vogt

Exhibit 7                       **Exhibit 3**

**AFFIDAVIT**

In the State of *Kentucky*, County of *Warren*,
*Timoth Adams*, being duly sworn, deposes and says that he is
Timothy Adams, residing at *1132 Fairview Ave, Bowling Green Ky 42103* and that the
statements below are true concerning his employment at the City and County of Honolulu
Elections Division in Honolulu, Hawaii:

1. I was employed at the City and County of Honolulu Elections Division from May 2008
   through September 2008.

2. My position at the City and County of Honolulu Elections Division was Senior Elections
   Clerk.

3. My responsibilities were to oversee the activities of the Absentee Ballot Office.

4. During the course of my employment, I became aware that many requests were being
   made to the City and County of Honolulu Elections Division, the Hawaii Office of
   Elections, and the Hawaii Department of Health from around the country to obtain a copy
   of then-Senator Barack Obama's long-form, hospital-generated birth certificate.

5. Senior officers in the City and County of Honolulu Elections Division told me on
   multiple occasions that no Hawaii long-form, hospital-generated birth certificate existed
   for Senator Obama in the Hawaii Department of Health and there was no record that any
   such document had ever been on file in the Hawaii Department of Health or any other
   branch or department of the Hawaii government.

6. Senior officers in the City and County of Honolulu Elections Division further told me on
   multiple occasions that Hawaii State government officials had made inquires about Sen.
   Obama's birth records to officials at Queens Medical Center and Kapi'olani Medical
   Center in Honolulu and that neither hospital had any record of Senator Obama having
   been born there, even though Governor Abercrombie is now asserting and various Hawaii
   government officials continue to assert Barack Obama, Jr. was born at Kapi'olani
   Medical Center on Aug. 4, 1961.

7. During the course of my employment, I came to understand that for political reasons,
   various officials in the government of Hawaii, including then-Governor Linda Lingle and
   various officials of the Hawaii Department of Health, including Dr. Chiyome Fukino, the
   director of the Hawaii Department of Health, were making representations that Senator
   Obama was born in Hawaii, even though no government official in Hawaii could find a

long-form birth certificate for Senator Obama that had been issued by a Hawaii hospital at the time of his birth.

8. During the course of my employment, I was told by senior officers in the City and County of Honolulu Elections Division to stop inquiring about Senator Obama's Hawaii birth records, even though it was common knowledge among my fellow employees that no Hawaii long-form, hospital-generated birth certificate existed for Senator Obama.

In witness whereof he has hereto set his hand and seal.

*(signature)*

*(signature)*
(Title)

I, *(signature)*, a Notary Public of the County and State aforesaid, hereby certify that *(signature)* personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the _20th_ day of _January, 2011_.

*(signature)*
Notary Public

My Commission expires:

_7_ / _11_ / _2011_.

*(signature)*

# Exhibit 3



In witness whereof he has hereto set his hand and seal.

_____
_____
(Title)

I, _____, a Notary Public of the County and State aforesaid, hereby certify that _____ personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 20th day of January 2011.

_____
Notary Public

My Commission expires:

7/11/2011.

# Exhibit 4



## DEPARTMENT OF HEALTH

## News Release

**LINDA LINGLE**
GOVERNOR

CHIYOME LEINAALA FUKINO M.D.
DIRECTOR
Phone: (808) 586-4410
Fax: (808) 586-4444

For Immediate Release: October 31, 2008                           08-93

## STATEMENT BY DR. CHIYOME FUKINO

"There have been numerous requests for Sen. Barack Hussein Obama's official birth certificate. State law (Hawai'i Revised Statutes §338-18) prohibits the release of a certified birth certificate to persons who do not have a tangible interest in the vital record.

"Therefore, I as Director of Health for the State of Hawai'i, along with the Registrar of Vital Statistics who has statutory authority to oversee and maintain these type of vital records, have personally seen and verified that the Hawai'i State Department of Health has Sen. Obama's original birth certificate on record in accordance with state policies and procedures.

"No state official, including Governor Linda Lingle, has ever instructed that this vital record be handled in a manner different from any other vital record in the possession of the State of Hawai'i."

### ###

For more information, contact:
Janice Okubo
Communications Office
Phone: (808) 586-4442

# Exhibit 5



## DEPARTMENT OF HEALTH

## News Release

CHIYOME LEINAALA FUKINO M.D.
DIRECTOR
Phone: (808) 586-4410
Fax: (808) 586-4444

**LINDA LINGLE**
GOVERNOR

For Immediate Release: July 27, 2009                                09-063

## STATEMENT BY HEALTH DIRECTOR CHIYOME FUKINO, M.D.

"I, Dr. Chiyome Fukino, Director of the Hawai'i State Department of Health, have seen the original vital records maintained on file by the Hawai'i State Department of Health verifying Barack Hussein Obama was born in Hawai'i and is a natural-born American citizen.  I have nothing further to add to this statement or my original statement issued in October 2008 over eight months ago."

\####

# Exhibit 6



Judith L. Corley
PHONE: (202) 434-1622
FAX:   (202) 654-9120
EMAIL:  JCorley@perkinscoie.com

700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
PHONE: 202.654.6200
FAX: 202.654.6211
www.perkinscoie.com

April 22, 2011

Loretta J. Fuddy, ACSW, MPH
Director of Health
State of Hawaii Department of Health
1250 Punchbowl Street, Room 325
Honolulu, Hawaii  96813

Dear Ms. Fuddy:

I am writing on behalf of my client, President Barack Obama.  Enclosed please find a letter
from my client requesting two certified copies of his original certificate of live birth and
authorizing me to act on his behalf in completing this request.

As you know, several years ago, my client requested a certified copy of his birth certificate
and received, pursuant to the policy and practice of the Hawaii Department of Health, a
Certification of Live Birth, sometimes referred to as a "short-form" or abbreviated birth
certificate.  This Certification of Live Birth is, of course, legally sufficient evidence of birth
in the State of Hawaii.  Moreover, it is my understanding that it is, and has been, the
Department of Health's longstanding policy and practice to provide only the "short-form"
version when a certified copy of a birth certificate is requested.

We understand that the Department of Health has adopted this policy for sound
administrative reasons.  However, we are writing to request a waiver of the Department of
Health's policy, so that my client can obtain two certified copies of his original, "long form"
birth certificate.  Waiver of the Department's policy in this instance would allow my client to
make a certified copy of his original birth certificate publicly available and would also
relieve the burden currently being placed on the Department of Health by the numerous
inquiries it receives from the media and others relating to my client's birth record.

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · PALO ALTO
PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP

We are of course, willing to complete any necessary paperwork and pay the standard required fees to fulfill this request.  Pursuant to my client's authorization, I will be coming to your offices to pick up the copies of the certificates.

Thank you for your assistance.

Sincerely,

Judith L. Corley
JLC:ss

# Exhibit 7

**THE WHITE HOUSE**

WASHINGTON

April 22, 2011

Loretta J. Fuddy, A.C.S.W., M.P.H.
Director of Health
State of Hawaii
Department of Health
1250 Punchbowl Street, Room 325
Honolulu, HI 96813

Dear Ms. Fuddy:

I am writing to request two certified copies of my original certificate of live birth. With this letter, I hereby authorize my personal counsel, Ms. Judith Corley of Perkins Coie in Washington, D.C., to act on my behalf in providing any additional information or paying any fees required by the Department of Health to fulfill my request. Ms. Corley is also authorized to make any necessary arrangements for delivery of the certified copies from your office.

Thank you for your assistance.

Sincerely,

Barack Obama

**Exhibit 8**



**NEIL ABERCROMBIE**
GOVERNOR OF HAWAII

**STATE OF HAWAII**
**DEPARTMENT OF HEALTH**
P. O. BOX 3378
HONOLULU, HI 96801-3378

In reply, please refer to:
File:

April 25, 2011

The Honorable Barack Obama
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC  20500

Dear President Obama:

I have reviewed your request for two certified copies of your original Certificate of Live Birth. As the Director of Health for the State of Hawaii, I have the legal authority to approve the process by which copies of such records are made.  Through that authority, in recognition of your status as President of the United States, I am making an exception to current departmental policy which is to issue a computer-generated certified copy.

We hope that issuing you these copies of your original Certificate of Live Birth will end the numerous inquiries received by the Hawaii Department of Health to produce this document. Such inquiries have been disruptive to staff operations and have strained State resources.

Enclosed please find two certified copies of your original Certificate of Live Birth.  I have witnessed the copying of the certificate and attest to the authenticity of these copies.  A receipt for the payment of these documents is attached for your files.  Please let us know if we can be of further assistance.

Sincerely,

Loretta J. Fuddy, A.C.S.W., M.P.H.
Director of Health

Enclosures

**Exhibit 9**



## NEWS RELEASE

**NEIL ABERCROMBIE**
GOVERNOR

**FOR IMMEDIATE RELEASE:** April 27, 2011

## HAWAI'I HEALTH DEPARTMENT GRANTS PRESIDENT OBAMA'S REQUEST FOR CERTIFIED COPIES OF 'LONG FORM' BIRTH CERTIFICATE

HONOLULU – The Hawai'i State Health Department recently complied with a request by President Barack Obama for certified copies of his original Certificate of Live Birth, which is sometimes referred to in the media as a "long form" birth certificate.

"We hope that issuing certified copies of the original Certificate of Live Birth to President Obama will end the numerous inquiries related to his birth in Hawai'i," Hawai'i Health Director Loretta Fuddy said.  "I have seen the original records filed at the Department of Health and attest to the authenticity of the certified copies the department provided to the President that further prove the fact that he was born in Hawai'i."

On April 22, 2011, President Obama sent a letter to Director Fuddy, requesting two certified copies of his original Certificate of Live Birth.  Also on that day, Judith Corley, the President's personal attorney, made the same request in writing on behalf of the President. *(Letters from President Obama and Ms. Corley are attached).*

On April 25, 2011, pursuant to President Obama's request, Director Fuddy personally witnessed the copying of the original Certificate of Live Birth and attested to the authenticity of the two copies.  Dr. Alvin Onaka, the State Registrar, certified the copies.

President Obama authorized Ms. Corley to pick up the documents.  On April 25, 2011, Ms. Corley appeared in person at the Hawai'i State Department of Health building in Honolulu, paid the requisite fee, and was given the two certified copies, a response letter from Director Fuddy to President Obama, and a receipt for payment. *(Letter from Director Fuddy is attached).*

-MORE-

# Exhibit 9

In June 2008, President Obama released his Certification of Live Birth, which is sometimes referred to in the media as a "short form" birth certificate.  Both documents are legally sufficient evidence of birth in the State of Hawai'i, and both provide the same fundamental information: President Obama was born in Honolulu, Hawai'i at 7:24 p.m. on August 4, 1961, to mother Stanley Ann Dunham and father Barack Hussein Obama.

In 2001, the Hawai'i State Department of Health began computer-generating vital statistics records.  Since then, its longstanding policy and practice has been to issue and provide only the computer-generated Certifications of Live Birth, and to not produce photocopies of actual records to fulfill requests for certified copies of certificates.

Director Fuddy made an exception for President Obama by issuing copies of the original birth certificate.  The departmental policy to issue only computer-generated Certifications of Live Birth remains in effect for all birth records that have been computerized.  Director Fuddy, in her capacity as Health Director, has the legal authority to approve the process by which copies of birth records are made.

"The exception made in this case to provide President Obama with a copy of his original Certificate of Live Birth was done according to the letter of the law," Attorney General David Louie said.  "Director Fuddy exercised her legal authority in a completely appropriate manner in this unique circumstance.  We will continue to maintain the strict confidentiality requirements afforded to vital statistics records, such as birth certificates.  These requirements help protect the integrity of the records, and keep us all safe from crimes, such as identity theft."

Governor Neil Abercrombie stated:  "Considering all of the investigations that have been done and the information that has been provided, no rational person can question the President's citizenship.  We have found a way – once again – to confirm what we already knew: the President was born here in Hawai'i.  State officials of both parties have verified that President Obama's birth records show that he was born in Honolulu.

"President Obama's mother and father were dear friends of mine, and we must respect their memory.  It is an insult to the President, his parents and to the Office to suggest that he was not born in Hawai'i.  The State of Hawai'i has done everything within our legal ability to disabuse these conspiracy theorists.  We granted the President's request for certified copies of his birth certificate so we can all move on from this unfortunate distraction and focus on the real issues affecting people today."

### ###

For more information, contact: Donalyn Dela Cruz, Press Secretary, (808) 586-0012

http://hawaii.gov/gov

# Exhibit 10

**STATE OF HAWAII**  **CERTIFICATE OF LIVE BIRTH**  **DEPARTMENT OF HEALTH**

FILE NUMBER **151**  **61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085  Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | 9. Race of Father |
|---|---|
| BARACK HUSSEIN OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY ANN DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant *Stanley Ann Dunham Obama* | Parent ☒ Other ☐ | 18b. Date of Signature 8-7-61 |
|---|---|---|---|
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant *David A. Sinclair* | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature 8.8.61 |

| 20. Date Accepted by Local Reg. AUG -8 1961 | 21. Signature of Local Registrar *U K Lee* | 22. Date Accepted by Reg. General AUG -8 1961 |
|---|---|---|

| 23. Evidence for Delayed Filing or Alteration |
|---|

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

*Alvin T. Onaka, Ph.D.*

STATE REGISTRAR

APR 25, 2011

**Exhibit 11**



Obama's COLB
From the PDF

Savannah Guthrie's

# Exhibit 12

6d.   Is Place of Birth Inside City or Town Limits?
If no, give judicial district
Yes [X]   No [ ]

7e.   County and State or Foreign Co
Honolulu, Hawaii

7e.   Is Residence Inside City or Town Limits?
If no, give judicial district
Yes [X]   No [ ]

7g.   Is Residence on a Farm or Pl
Yes [ ]        No [X]

9.   Race of Father
Hawn-Caucasian-Chin

12b.   Kind of Business or Industry
Steamship Compan

14.   Race of Mother
Hawn-Caucasian-Kore

SEP - 9 2002

Accepted by Local Reg.   21.   Signature of Local
) - 8 1961
ience for Delayed Filing or Alteration

**Obama's COLB
From the PDF**

Savannah Guthrie's

APR 1 7 1995

22b.   Describe How Injury Occurred. (E

...g. in or about home,
office bldg., etc.)      22c.   City, Town,

NAME      19. AGE AT THIS
BIRTH      20.      23a.   Signature of Attendant

33   HAWAII      25.   Place of Burial, Cremation, or R
Honolulu Crematory

25. NUMBER & STREET OF RESIDENCE: ZIP      28.   Signature of Local Registrar

# Exhibit 13

Immigration and Naturalization Service
(Rev. 3/5/56)

## CERTIFICATE OF ELIGIBILITY
(For Nonimmigrant "F" Student Status)

**August 9, 1959**

A 11  938  537

Place ___Honolulu, Hawaii___     Date ___February 19, 1959___

This is to certify that ___University of Hawaii___
*(Name of school or institution)*

has accepted the person named below for admission to a full course of study beginning ___
___ September 21, 1959 ___ , or that such person is a
student permitted to continue a full course of study.

Name ___OBAMA, Barack H.___     Date of Birth ___1934___

Country of Citizenship ___British___     Place of Birth ___Nyanza Province___

FOR USE OF IMMIGRATION OFFICIALS:
DATE: _Aug 9/59_
PLACE: _____
ADMITTED TO: _Aug 8/60_

*Edward J. White*

Edward T. White, District Director
Office of Admissions and Records
*(Title)*

---

**August 8, 1960**

Permanent Address ___University, Honolulu, Hawaii, U.S.A.___   A11 938 537

Birthdate ___18/6/34___

Birthplace ___KENYA___

Visa issued At ___NAIROBI___

Date Visa issued ___29th July 1959___

NEW YORK, N. Y. 46
ADMITTED
AUG 3 1960
CLASS F
Aug 8 1960

LOCK CAPITAL LETTERS

---

**March 31, 1961**

## APPLICATION TO EXTEND TIME OF TEMPORARY STAY
### OR
## APPLICATION BY ALIEN STUDENT FOR PERMISSION TO ACCEPT EMPLOYMENT

**PART II (Fill in this part if you are applying for extension of stay)**

| 4. DATE OF BIRTH | COUNTRY OF BIRTH | COUNTRY OF CITIZENSHIP |
|---|---|---|
| 18 JUNE, 1924 | KENYA | KENYA |

| 5. DATE AND PORT OF LAST ARRIVAL IN UNITED STATES | | NAME OF VESSEL, AIRLINE, OR OTHER MEANS OF LAST ARRIVAL |
|---|---|---|
| NEW YORK , August 9/59 | | B.O.A.C |

| 6. PASSPORT NUMBER | PASSPORT ISSUED BY *(Name of Country)* | PASSPORT EXPIRES ON |
|---|---|---|

**PART IV (All applicants must fill in this part)**

I certify that the above is true and correct

| DATE | CITY AND STATE | SIGNATURE OF APPLICANT |
|---|---|---|
| 31st AUG. 1961 | HONOLULU, HAWAII | Barack H. Obama |

---

**October 1, 1962**

## REPORT OF ACTION – NONIMMIGRANT
GPO 950225

| FAMILY NAME | GIVEN NAME | INITIAL | NATIONALITY |
|---|---|---|---|
| OBAMA | BARACK | H | BRT |

*(Name & Nationality must be identical with that on Nonimmigrant Document)*

| DATE OF REPORT | REPORTING OFFICE | DATE OF BIRTH |
|---|---|---|
| 10-1-62 | BOS | 10-18-34 |

| DATE OF ADMISSION/CLASS | DATE TO WHICH ADMITTED OR | FILE NUMBER |
|---|---|---|

# Exhibit 14

(Rev. 3/5/56)

## CERTIFICATE OF ELIGIBILITY
### (For Nonimmigrant "F" Student Status)

August 31, 1961

Place ___Honolulu 14, Hawaii___   Date ___31 August 1961___

This is to certify that ___THE UNIVERSITY OF HAWAII___
*(Name of school or institution)*

has accepted the person named below for admission to a full course of study beginning _____ ___September, 1961___ , or that such person is a student permitted to continue a full course of study.

Name ___OBAMA, Barrack Hussein___   Date of Birth ___June 18, 1934___

Country of Citizenship ___Great Britain___   Place of Birth ___Kenya (Africa)___

Conditions of Admission:

---

## UNITED STATES DEPARTMENT OF JUSTICE
## IMMIGRATION AND NATURALIZATION SERVICE

June 27, 1962

| Name of school | Name of Student | (First) | (Middle) | (Last) |
|---|---|---|---|---|
| University of Hawaii | | Barack | | Obama |
| **Address** | **Date of birth** | | **Country of birth** | |
| 1801 University of Hawaii | June 18, 1934 | | Kenya, Africa | |
| Honolulu, Hawaii | **Country of citizenship** Africa | | | |

---

September 26, 1962

ALIEN REGISTRATION NO. *A11 938 537*
(Copy letter and number from registration receipt or other alien certification document)

I AM IN THE UNITED STATES AS: (Check one)
☐ VISITOR   ☐ PERMANENT RESIDENT
☑ STUDENT   ☐ OTHER _____ (Specify)

MY NATIONALITY IS *KENYA*   I WAS BORN ON *JUNE 18, 1934* (Date)

MY NAME IS *OBAMA* (Last) *BARACK* (First) *HUSSEIN* (Middle)

MY PRESENT ADDRESS IS:
*Economics Dept. Harvard University, Cambridge 38, Mass.*

DATE *Sept. 26th, 1962*   (SIGNATURE) *Barack H Obama*

---

August 8, 1963

NAME (Exactly as it appears on the Nonimmigrant Document)
*OBAMA    BARAC    H.*   FILE NO. *A11938537*

OTHER NAMES OR ALIASES   NATIONALITY (As on N/I Document) *BRITISH*

| DATE OF ADMISSION | CLASS | DATE OF BIRTH | DATE OF REPORT | REPORTING OFFICE |
|---|---|---|---|---|
| 8-9-60 | F-1 | 6-18-34 | 9-8-63 | BOS. |

DATE TO WHICH ADMITTED   J-1 VISITOR (Current Program No. & Institution)

---

June 9, 1964

NAME (Exactly as it appears on the Nonimmigrant Document)
OBAMA, Barack H.   FILE NO. A11 938 537

OTHER NAMES OR ALIASES   NATIONALITY (As on N/I Document) British

| DATE OF ADMISSION | CLASS | DATE OF BIRTH | DATE OF REPORT | REPORTING OFFICE |
|---|---|---|---|---|
| 8-9-59 | F | 6-18-34 | 6-9-64 | BOS |

# Exhibit 15

**CERTIFICATE OF ELIGIBILITY**

(FOR NONIMMIGRANT "F-1" STUDENT STATUS)

(NOTE TO SCHOOL: Before issuing this certificate you may wish to ascertain proficiency. If you wish to use a test of your own selection you may have it administered to designate or by an American consular officer. Alternatively, if you wish to have the consular officers by the Department of State, you should instruct the student to arrange with the consular officer to take that Department's English language examination. The results of any test administered by the consular officer will be forwarded directly to you.)

It is hereby certified as follows:

A11 938 537

| Name of school | Name of Student (First) (Middle) (Last) |
|---|---|
| Harvard Graduate School of Arts and Sciences | Barack Hussein Obama |
| **Address** | Date of birth / Country of birth |
| Harvard International Students Office, Room 710 | June 18, 1936 |
| 75 Mt. Auburn Street, Cambridge 38, Massachusetts | Country of citizenship / Kenya |

August 10, 1962

Signature of school official

Title _____

Head, Admissions Office

Date (This certificate expires 12 months after the date of issue) August 10, 1962

---

August 17, 1962

## APPLICATION TO EXTEND TIME OF TEMPORARY STAY

### PART I

1. (First Name) BARACK  (Middle Name) HUSSEIN  (Last Name) OBAMA   FILE NUMBER A11 938 537

2. OTHER NAMES (Include all other past and present names; a married woman must give her maiden name.)

3. MAILING ADDRESS IN U.S. (Number and Street) (C/O) KOINONIA FOUNDATION PIKESVILLE  (City) Box 5744, BALTIMORE 8,  (Zone)  (State) MARYLAND

4. DATE OF BIRTH JUNE 18, 1936   COUNTRY OF BIRTH KENYA   COUNTRY OF CITIZENSHIP KENYA

5 DATE AND PORT OF LAST ARRIVAL IN UNITED STATES   . NAME OF VESSEL, AIRLINE, OR OTHER MEANS OF LAST ARRIVAL

I certify that the above is true and correct.

DATE 17th Aug. 1962   CITY AND STATE BALTIMORE, Md.   SIGNATURE OF APPLICANT Barack H Obama

---

April 21, 1964

## APPLICATION TO EXTEND TIME OF TEMPORARY STAY

### PART I

1. (First Name) OBAMA  (Middle Name) HUSSEIN  (Last Name) BARACK   FILE NUMBER A11 938-537

2. OTHER NAMES (Include all other past and present names; a married woman must give her maiden name.)

3. MAILING ADDRESS IN U.S. (Number and Street) (C/O) 170 MAGAZINE ST.  (City) CAMBRIDGE  (Zone) 39  (State) MASS

4. DATE OF BIRTH JUNE 18th 1936   COUNTRY OF BIRTH KENYA   COUNTRY OF CITIZENSHIP KENYA

I certify that the above is true and correct.

DATE April 21st 1964   CITY AND STATE CAMBRIDGE, MASS.   SIGNATURE OF APPLICANT Barack H. Obama

THIS WOULD HAVE BEEN THE QUA **Exhibit 16**

CREATED FOR FORENSIC TESTING & EXAMINATION

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | DEPARTMENT OF HEALTH |
|---|---|---|

FILE NUMBER **151**

**61 10641**

| 1a. Child's First Name   (Type or print) | 1b.   Middle Name | 1c.   Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒  Twin ☐  Triplet ☐ | 1st ☐  2nd ☐  3rd ☐ | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | | 6b. Island |
|---|---|---|
| Honolulu | | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒  No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaola Highway | Yes ☒  No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| CREATED FOR FORENSIC TESTING & EXAMINATION | Yes ☐   No ☒ |

| 8. Full Name of Father | 9. Race of Father |
|---|---|
| BARACK HUSSEIN OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY ANN DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant | | 18b. Date of Signature |
|---|---|---|---|
| | *Signature of Mother Blue ink* | Parent ☑  Other ☐ | 8-00-61 |
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | M.D. ☑  D.O ☐  Midwife ☐  Other ☐ | 19b. Date of Signature |
| | *Signature of Doctor* | | 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | *Registrar's Signature* | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |

CREATED FOR FORENSIC TESTING & EXAMINATION

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

APR 2 5, 2011

*Alvin T. Onaka, Ph.D.*

STATE REGISTRAR

# Exhibit 17

| FILE NUMBER | 151 | 61 | 10641 |
|---|---|---|---|

CREATED FOR FORENSIC TESTING & EXAMINATION

| 1. Child's Name | First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|---|
| | BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Month | 5b. Day | 5c. Year | 5d. Hour |
|---|---|---|---|---|---|---|
| MALE | Single [X] Twin [ ] Triplet [ ] | 1st [ ] 2nd [ ] 3rd [ ] | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island | 6c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 6d. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6e. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes [X] No [ ] |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district | 7f. Is Residence on a Farm or Plantation? |
|---|---|---|
| 6085 Kalanianaole Highway | Yes [ ] No [X] | Yes [ ] No [X] |

| 7g. Mother's Mailing Address | 8. Full Name of Father |
|---|---|
| | BARACK HUSSEIN OBAMA |

| 9. Race of Father |
|---|
| African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY ANN DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true... | 18a. Signature of Parent or Other Informant | 18b. Date of Signature |
|---|---|---|

# Exhibit 18

STATE OF HAWAII

## CERTIFICATE OF LIVE BIRTH

DEPARTMENT OF HEALTH

FILE NUMBER 151

61 10641

1a. Child's First Name (Type or print) **BARACK**  1b. Middle Name **HUSSEIN**  1c. Last Name **OBAMA, III**

2. Sex **Male**  3. This Birth: Single [X] Twin [ ] Triplet [ ]  4. If Twin or Triplet, Was Child Born 1st [ ] 2nd [ ] 3rd [ ]  5a. Birth Date **August 4, 1961**  5b. Hour **7:24 P.M.**

6a. Place of Birth: City, Town or Rural Location **Honolulu**  6b. Island **Oahu**  6c. Name of Hospital or Institution (If not in hospital or institution, give street address) **Kapiolani Maternity & Gynecological Hospital**

6d. Is Place of Birth Inside City or Town Limits? Yes [X] No [ ]  If no, give Judicial District  6e. County and State or Foreign Country **Honolulu, Hawaii**

7a. Usual Residence of Mother: City, Town or Rural Location **Honolulu**  7b. Island **Oahu**  7c. County and State or Foreign Country **Honolulu, Hawaii**

7d. Street Address **6085 Kalanianaole Highway**  7e. Is Residence Inside City or Town Limits? Yes [ ] No [X]  If no, give Judicial district Yes [X] No [ ]  7f. Is Residence on a Farm or Plantation? Yes [ ] No [X]

7g. Mother's Mailing Address

8. Full Name of Father **BARACK HUSSEIN OBAMA**  9. Race of Father **African**

10. Age of Father **25**  11. Birthplace (Island, State or Foreign Country) **Kenya, East Africa**  12a. Usual Occupation **Student**  12b. Kind of Business or Industry **University**

13. Full Maiden Name of Mother **STANLEY ANN DUNHAM**  14. Race of Mother **Caucasian**

15. Age of Mother **18**  16. Birthplace (Island, State or Foreign Country) **Wichita, Kansas**  17a. Type of Occupation Outside Home During Pregnancy **None**  17b. Date Last Worked

I certify that the above stated information is true and correct to the best of my knowledge.

18a. Signature of Parent or Other Informant *(signature)*  Parent [X] Other [ ]  18b. Date of Signature **8-7-61**

I hereby certify that this child was born alive on the date and hour stated above.

19a. Signature of Attendant *(signature)*  M.D. [X] D.O. [ ] Midwife [ ] Other [ ]  19b. Date of Signature **8-8-61**

20. Date Accepted by Local Reg. **AUG -8 1961**  21. Signature of Local Registrar *(signature)*  22. Date Accepted by Reg. General **-9 1961**

23. *(signature)*   for Delayed Filing or Alteration

ed Filing or Alteration

# Exhibit 19

White House PDF release

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

APR 2 5 2011

Alvin T. Onaka, Ph.D.

STATE REGISTRAR

ed Filing or Alteration

# ite House Repoters copy

White House Reporters copy

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

APR 2 5 , 2011

Alvin T. Onaka, Ph.D.

STATE REGISTRAR

for Delayed Filing or Alteration

# Savannah Guthrie's Photo of the COLB original copy

APR 2 5 2011

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.

STATE REGISTRAR

Department of Health
1250 Punchbowl Street
Honolulu, Hawaii 96813



Office of Health Status Monitoring
P.O. Box 3378
Honolulu, Hawaii 96801

**STATE OF HAWAII**

# VERIFICATION OF BIRTH

Recipient of Verification:   Scott J. Tepper and Samuel L. Begley, attorneys for the
Mississippi Democratic Party in Taitz et al v. Democratic
Party of Mississippi [sic], et al, No. 3:12-cv-00280-HTW-LRA
(S.D. Miss.)

Pursuant to Hawaii Revised Statutes §338-14.3, I verify the following:

1.   The original Certificate of Live Birth for Barack Hussein Obama, II, is on file
with the State of Hawaii Department of Health.

2.   The information contained in the "Certificate of Live Birth" published at
http://www.whitehouse.gov/blog/2011/04/27/president-obamas-long-form-
birth-certificate and reviewed by me on the date of this verification, a copy of
which is attached with your request, matches the information contained in
the original Certificate of Live Birth for Barack Hussein Obama, II on file with
the State of Hawaii Department of Health

I certify that the information contained
in the vital record on file with the
Department of Health was used to
verify the facts of the vital event.

Alvin T. Onaka, Ph.D.
State Registrar

Date Issued:  May 31, 2012

# Exhibit 21

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | DEPARTMENT OF HEALTH |
|---|---|---|

FILE NUMBER **151**

**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | 5b. Hour |
|---|---|---|---|---|
| Male | Single ☑ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | Month August Day 4, Year 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district Yes ☑ No ☐ |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district Yes ☑ No ☐ |
|---|---|
| 6085 Kalanianaole Highway | |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? Yes ☐ No ☑ |
|---|---|

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant | Ann Dunham Obama Parent ☑ | 18b. Date of Signature 8-7-61 |
|---|---|---|---|
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | David A. Sinclair M.D. ☐ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature 8-8-61 |
| 20. Date Accepted by Local Reg. AUG -8 1961 | 21. Signature of Local Registrar U K Lee | | 22. Date Accepted by Reg. General AUG -8 1961 |
| 23. Evidence for Delayed Filing or Alteration | | | |

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR