# Douglas B. Vogt

PROFESSIONAL MEMBERSHIPS

THE GEOLOGICAL SOCIETY OF AMERICA

MAILING ADDRESS:

12819 S.E. 38th Street, #115
BELLEVUE, WASHINGTON 98006
UNITED STATES OF AMERICA

(425) 643-1131
E-mail: Doug@vectorpub.com

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

**OCT 18 2013**   PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

October 18, 2013

Dear Clerk,

**C13 - 1880 JLR**

   I invoke Local Rule 5(g)(6) and file a sealed document for the Court to review pursuant to 18 U.S.C. § 3332(a). Because the allegations relate to the U.S. Attorney's Office therefore I do not want it to go to that office with these allegations.  Hence, 18 U.S.C. § 3332(a) which authorizes a judge to receive my allegations allows my pleading to be filed with the Judge.

   The Federal statutes that requires me to file my public and sealed affidavits are 18 USC §4 — Misprision of Felony and 18 USC § 2382 — Misprision of Treason. I have listed those short laws below. You will notice that I am required by law to report my finding to a judge or else I could face felony charges against me so by the clerk not allowing me to file this evidence to a Federal Judge to see it will put me in possible criminal violation of the law. For this reason I ask the Clerk of the court to please file my affidavits with a docket number and give them to a Judge so as I can be release from my legal oblation set forth in the two laws listed below.

*Title 18, Sec. 4. Misprision of felony*, Statute:
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

**Title 18 – Crimes and Criminal Procedures, Part I, Crimes,**
**Chapter 115; Sec. 2382. Misprision of Treason**
Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than **seven years**, or both.

Very truly yours

Douglas Vogt

13-CV-01880-LTR